B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Zayat Stables, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-2584484** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **401 Hackensack Avenue Hackensack, NJ** ZIP Code **07601** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Kentucky; Texas; Florida; Arizona; Canada; New Jersey; Washington; Indiana; California: Pennsylvania; New York;** |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Zayat Stables, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zayat Stables, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael D. Sirota**
Signature of Attorney for Debtor(s)

**Michael D. Sirota MS-4088**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name

**25 Main Street**
**Hackensack, NJ 07601**

Address

**201-489-3000  Fax: 201-489-1536**
Telephone Number

**February 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ahmed Zayat**
Signature of Authorized Individual

**Ahmed Zayat**
Printed Name of Authorized Individual

**Sole Member and Officer**
Title of Authorized Individual

**February 3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re **Zayat Stables, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Darley Stud Management, LLC**<br>**Jonabell Farm**<br>**Attn: Mary Beth Moore**<br>**3333 Bowman's Mill Road**<br>**Lexington, KY 40513** | **Darley Stud Management, LLC**<br>**Jonabell Farm**<br>**Attn: Mary Beth Moore**<br>**Lexington, KY 40513** | **Stud fee** | **Contingent** | **174,900.00** |
| **White & Case LLP**<br>**1155 Avenue of the Americas**<br>**New York, NY 10036-2787** | **White & Case LLP**<br>**1155 Avenue of the Americas**<br>**New York, NY 10036-2787** | **Legal** | | **150,000.00** |
| **Adena Springs**<br>**P.O. Box 718**<br>**Paris, KY 40362** | **Adena Springs**<br>**P.O. Box 718**<br>**Paris, KY 40362** | **Stud Fee** | | **143,100.00** |
| **Steve Asmussen Racing Stable**<br>**Attn: Jamie Holloman**<br>**P.O. Box 200397**<br>**Arlington, TX 76006-0397** | **Steve Asmussen Racing Stable**<br>**Attn: Jamie Holloman**<br>**P.O. Box 200397**<br>**Arlington, TX 76006-0397** | **Training** | | **73,544.60** |
| **Eaton Sales, LLC**<br>**1510 Newtown Pike**<br>**Suite 108**<br>**Lexington, KY 40511** | **Eaton Sales, LLC**<br>**1510 Newtown Pike**<br>**Suite 108**<br>**Lexington, KY 40511** | **Consignment** | | **54,682.62** |
| **H.E. Sutton Forwarding Co, LLC**<br>**P.O. Box 1066**<br>**Lexington, KY 40588-1066** | **H.E. Sutton Forwarding Co, LLC**<br>**P.O. Box 1066**<br>**Lexington, KY 40588-1066** | **Vanning/Horse Transportation** | | **47,004.21** |
| **Gainesway**<br>**Attn: Michael Hernon**<br>**3750 Paris Pike**<br>**P.O. Box 11690**<br>**Lexington, KY 40577-1690** | **Gainesway**<br>**Attn: Michael Hernon**<br>**3750 Paris Pike**<br>**Lexington, KY 40577-1690** | **Boarding for Sire** | | **37,100.00** |
| **Equine Medical and Surgical Group**<br>**P.O. Box 661956**<br>**Arcadia, CA 91066** | **Equine Medical and Surgical Group**<br>**P.O. Box 661956**<br>**Arcadia, CA 91066** | **Medical Treatment - Veterinarian** | | **34,195.49** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Zayat Stables, LLC**                                                                                              Case No. _____

                                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Stockplace**<br>**Attn: Tom VanMeter**<br>**4224 Briar Hill Road**<br>**Lexington, KY 40516** | **Stockplace**<br>**Attn: Tom VanMeter**<br>**4224 Briar Hill Road**<br>**Lexington, KY 40516** | **Boarding** | | **28,807.00** |
| **Mike R. Mitchell Racing Stable**<br>**Attn: Pete Belanto**<br>**c/o L.B. Business Mgmt**<br>**28202 Palmada**<br>**Mission Viejo, CA 92692** | **Mike R. Mitchell Racing Stable**<br>**Attn: Pete Belanto**<br>**c/o L.B. Business Mgmt**<br>**Mission Viejo, CA 92692** | **Training** | | **27,060.00** |
| **Nicolas P. Zito Racing Stables, Inc.**<br>**Attn: Tim Poole**<br>**P.O. Box 588**<br>**Elmont, NY 11003** | **Nicolas P. Zito Racing Stables, Inc.**<br>**Attn: Tim Poole**<br>**P.O. Box 588**<br>**Elmont, NY 11003** | **Training** | | **26,877.00** |
| **DVM & Associates PC**<br>**Attn: James C. Hunt, Jr.**<br>**P.O. Box 030452**<br>**Elmont, NY 11003** | **DVM & Associates PC**<br>**Attn: James C. Hunt, Jr.**<br>**P.O. Box 030452**<br>**Elmont, NY 11003** | **Medical Treatment - Veterinarian** | | **26,048.94** |
| **Equine Medicine & Surgery**<br>**7991 E. Texas St.**<br>**Suite 400**<br>**Bossier City, LA 71111-7024** | **Equine Medicine & Surgery**<br>**7991 E. Texas St.**<br>**Suite 400**<br>**Bossier City, LA 71111-7024** | **Medical Treatment - Veterinarian** | | **25,398.28** |
| **Sallee Horse Vans, Inc.**<br>**P.O. Box 13338**<br>**Lexington, KY 40583-3338** | **Sallee Horse Vans, Inc.**<br>**P.O. Box 13338**<br>**Lexington, KY 40583-3338** | **Vanning/Horse Transportation** | | **23,701.58** |
| **Bob Baffert Racing Stables, Inc.**<br>**Attn: Kim McKarthy**<br>**P.O. Box 661912**<br>**Arcadia, CA 91066-1912** | **Bob Baffert Racing Stables, Inc.**<br>**Attn: Kim McKarthy**<br>**P.O. Box 661912**<br>**Arcadia, CA 91066-1912** | **Training** | | **21,308.80** |
| **Baronne Veterinary Clinic, Inc.**<br>**P.O. Box 909**<br>**Sunset, LA 70584** | **Baronne Veterinary Clinic, Inc.**<br>**P.O. Box 909**<br>**Sunset, LA 70584** | **Medical Treatment - Veterinarian** | | **17,497.00** |
| **Brook Ledge Inc.**<br>**P.O. Box 56**<br>**Oley, PA 19547-0056** | **Brook Ledge Inc.**<br>**P.O. Box 56**<br>**Oley, PA 19547-0056** | **Vanning/Horse Transportation** | | **14,890.25** |
| **Boothwyn Pharmacy Inc.**<br>**2341 Chichester Avenue**<br>**Boothwyn, PA 19061** | **Boothwyn Pharmacy Inc.**<br>**2341 Chichester Avenue**<br>**Boothwyn, PA 19061** | **Veterinary Pharmacy** | | **14,375.00** |
| **Equine Medical Center (CA)**<br>**10542 Walker Street**<br>**Cypress, CA 90630** | **Equine Medical Center (CA)**<br>**10542 Walker Street**<br>**Cypress, CA 90630** | **Medical Treatment - Veterinarian** | | **13,305.61** |
| **Chino Valley Equine Hospital**<br>**2945 English Place**<br>**Chino Hills, CA 91709** | **Chino Valley Equine Hospital**<br>**2945 English Place**<br>**Chino Hills, CA 91709** | **Medical Treatment - Veterinarian** | | **12,438.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Zayat Stables, LLC**                                    Case No.

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Member and Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 3, 2010**          Signature  **/s/ Ahmed Ahmed Zayat**
                                                **Ahmed Zayat**
                                                **Sole Member and Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re **Zayat Stables, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 3, 2010**

**/s/ Ahmed Zayat**
**Ahmed Zayat**/**Sole Member and Officer**
Signer/Title

Adena Springs
P.O. Box 718
Paris, KY 40362


Ahmed Zayat
569 Warwick Avenue
Teaneck, NJ 07666


Alamo Pintado Equine Medical Center
2501 Santa Barbara Avenue
P.O. Box 249
Los Olivos, CA 93441


American Horse Transportation LLC
326 8th Street SW - Ste. #5
Auburn, WA 98001


Ashford Stud/Creekview Farm
P.O. Box 823
Versailles, KY 40383


Asmussen Racing Stables
P.O. Box 1861
Laredo, TX 78044


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Baronne Veterinary Clinic, Inc.
P.O. Box 909
Sunset, LA 70584


The Belmont Veterinary Group Inc.
335 Rushmore Avenue
Mamaroneck, NY 10543


Bemak N.V. Ltd. Co., d/b/a Ashford Stud
P.O. Box 823
Versailles, KY 40383


Bob Baffert Racing Stables, Inc.
Attn: Kim McKarthy
P.O. Box 661912
Arcadia, CA 91066-1912

Bob Coglianese Photos, Inc.
P.O. Box 90
Jamaica, NY 11417


Bob Hubbard Horse
Transportation, Inc.
3730 S. Riverside Avenue
Colton, CA 92324


Bonnie Acres Ranch
25240 Thoroughbred Lane
Hemet, CA 92545


Boothwyn Pharmacy Inc.
2341 Chichester Avenue
Boothwyn, PA 19061


Brook Ledge Inc.
P.O. Box 56
Oley, PA 19547-0056


Chad Brown
P.O. Box 21875
Louisville, KY 40221


Cablevision Lightpath, Inc.
P.O. Box 360111
Pittsburgh, PA 15251-6111


California Thoroughbred Breeders
Assoc., Canadian Throughbred
Horse Society (BC Division)
17687-56A Avenue, Surrey
V3S 1G4


Campbell Enterprises
2896 Deerfield Run Blvd.
Anderson, IN 46017


Tyler Cerin
175 Mt. Olive Drive
Bradbury, CA 91010

```
Chino Valley Equine Hospital
2945 English Place
Chino Hills, CA 91709


Darley Stud Management, LLC
Jonabell Farm
Attn:  Mary Beth Moore
3333 Bowman's Mill Road
Lexington, KY 40513


Deer Park
P.O. Box 856192
Louisville, KY 40285-6192


Dr. Michael E. Steppe & Associates
3417 Chino Avenue
Chino, CA 91710


Dutrow Thoroughbred
Enterprises Inc.
Attn:  Kim Dutrow
88 Penn Oak Trail
Newtown, PA 18940


DVM & Associates PC
Attn:  James C. Hunt, Jr.
P.O. Box 030452
Elmont, NY 11003


Eaton Sales, LLC
1510 Newtown Pike
Suite 108
Lexington, KY 40511


Equi-Photo, Inc.
Philadelphia Park Racetrack
P.O. Box 1000
Bensalem, PA 19020


Equi-Vet., LLC
Route 6
Box 185 G Hessler Street
New Orleans, LA 70129
```

Equine Medical and Surgical Group
P.O. Box 661956
Arcadia, CA 91066


Equine Medical Center (CA)
10542 Walker Street
Cypress, CA 90630


Equine Medicine & Surgery
7991 E. Texas St.
Suite 400
Bossier City, LA 71111-7024


Equine Medicine Specialist
4215 N. Flagler Drive
West Palm Beach, FL 33407


Equine Therapy 502 Inc.
P.O. Box 583
Simpsonville, KY 40067


Fifth Third Bank
250 West Main Street
Attn: Mr. Chad Lashbrook
Lexington, KY 40507


Fifth Third Bank
5050 Kingsley Drive
MD 1MOC2Q
Attn: Depositor Services
Cincinnati, OH 45263


Finger Lakes Gaming & Racetrack
c/o Jo Tremacco
P.O. Box 25250
Farmington, NY 14425


Frost Brown Todd, LLC
c/o Joel B. Turner, Esq.
400 West Market Street, 32nd Fl.
Louisville, KY 40202-3363

```
Gainesway
Attn: Michael Hernon
3750 Paris Pike
P.O. Box 11690
Lexington, KY 40577-1690


The Green Group
Leonard C. Green & Company PA
900 Route 9, 6th Fl.
Woodbridge, NJ 07095


H.E. Sutton Forwarding Co, LLC
P.O. Box 1066
Lexington, KY 40588-1066


Hill 'N' Dale Syndicated Stallions, Inc.
Attn: John Sikura
640 N. Yarnallton Pike
Lexington, KY 40511


Indiana Stallion Station LLC
4967 E. 100 S
Anderson, IN 46017


J. Reed Horse Transportation
P.O. Box 847
Versailles, KY 40383


KDS Horse Transportation
1111 NW McCracken Road
Lawton, OK 73507


Keeneland Association, Inc.
Attn: Harvie Wilkinson
4201 Versailles Road
P.O. Box 1690
Lexington, KY 40588-1690


James D. Kenney D.V.M.
P.O. Box 717
Millstone Township, NJ 08510


M.C. Sedlacek Racing Stable
227 Hamilton Road
West Hempstead, NY 11552-1509
```

McMartin and Associates
P.O. Box 160
Bolton, Ontario L7E 5T2
CANADA


Joseph F. Migliacci, DVM, PA
P.O. Box 540005
Lake Worth, FL 33454-0005


Mike R. Mitchell Racing Stable
Attn:  Pete Belanto
c/o L.B. Business Mgmt
28202 Palmada
Mission Viejo, CA 92692


Mott Thoroughbred Stable
11 Manning Cove Road
Malta, NY 12020


MSNW Continental Associates, LLC
1776 On the Green
67 Park Place East, 8th Floor
Morristown, NJ 07960


Karen A. Murphy, Esq.
76 Phelps Road
Old Chatham, NY 12136


Nicolas P. Zito Racing Stables, Inc.
Attn:  Tim Poole
P.O. Box 588
Elmont, NY 11003


Renee D. Nodine, VMD
Horse Valley Equine Center, LLC
177 Valley Lane
Annville, PA 17003


Payton Traning Center
11 S.E. Highway 484
Ocala, FL 34480


Pegasoos, Inc
P.O. Box 660002
Arcadia, CA 91066

```
Peterson & Smith Equine Hospital
4747 SW 60th Avenue
Ocala, FL 34474


Pioneer of the Nile, Ltd.
401 Hackensack Avenue
Hackensack, NJ 07601


PS Horse Transportation, Inc
205 East 66th Street
New York, NY 10065


Rick Dutrow Racing Stable
2 The Hollows West
East Norwich, NY 11732


River Rock Farm, Inc.
1730 Hopewell Road
Port Deposit, MD 21904


Robert Scanlon Training Center, Inc.
P.O. Box 599
Williston, FL 32696


Roger B. Clymans, V.M.D., P.C.
3688 Pickertown Road
Chalfont, PA 18914


Rood & Riddle Equine Hospital
P.O. Box 12070
Lexington, KY 40580-2070


Sallee Horse Vans, Inc.
P.O. Box 13338
Lexington, KY 40583-3338


San Francisco Equine Inc.
519 Marine View Avenue, Suite A
Belmont, CA 94002


Sherif El Zayat
401 Hackensack Avenue
Hackensack, NJ 07601
```

```
Sica Horse Transport
P.O. Box 14114
Louisville, KY 40214


Sobhy S. Sonbol
200 Chambers Street
Apt. 6U
New York, NY 10017


Stephen J. Selway, D.V.M. Inc.
308 Oak Street
Hollywood, FL 33019


Steve Asmussen Racing Stable
Attn:  Jamie Holloman
P.O. Box 200397
Arlington, TX 76006-0397


Steve Miyadi Racing
Attn:  Steve Miyadi
3555 El Camino Real # 308
San Mateo, CA 94403


Stites & Harbison PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507-1758


Stockplace
Attn:  Tom VanMeter
4224 Briar Hill Road
Lexington, KY 40516


Stonewall Farm Stallions, LLC
3204 Midway Road
Versailles, KY 40383


Sylvia Sunta
598 Warwick Avenue
Teaneck, NJ


Taylor Made Sales Agency
2765 Union Mill Road
Nicholasville, KY 40356
```

Teigland, Franklin & Brokken,
D.V.M.'s PA
12277 SW 55th Street, Suite 909
Fort Lauderdale, FL


The Canadian Thoroughbred Horse Society
PO Box 172
Rexdale, Ontario
M9W 5L1


Todd A. Pletcher Racing Stables, Inc.
73 First Street
Garden City, NY 11530-4320


Todd Beattie
Attn: Todd Mosstoller
94 Moonshine Road
Jonestown, PA 17038


Triple Crown Productions, LLC
700 Central Avenue
Louisville, KY 40208


Phil Tripp, DVM
Box 145
Finchville, KY 40022


True Nicks LLC
3101 Beaumont Centre Cir
Lexington, KY 40513


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Vessels Stallion Farm LLC
Administration Office
5772 Camino Del Rey
Bonsall, CA 92003

Washington Thoroughbred
Breeders & Owners Association
PO Box 1499
Auburn, WA 98071-1499

Wavertree Stables
14850 West Highway 40
Ocala, FL 34481

Rita Weingold
251 Richard Court
Pomona, NY 10970

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Ronald Williams
130 Belmont Street
Englewood, NJ 07631

Woodstead Farm
4840 State Highway 6
Chehalis, WA 98532

Yarbrough & Rabenstein, DVM, PA
P.O. Box 1429
Loxahatchee, FL 33470-1429

Young Equine Services Inc
P.O. Box 64096
Lubbock, TX 79424

Ahmed Zayat
569 Warwick Avenue
Teaneck, NJ 07666