B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Zayat Stables, LLC**                                    Case No.    **10-13130 (DHS)**
                                                Debtor(s)          Chapter      **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | In Excess of $38 Million | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $36,624,205.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | $1,898,625.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| **TOTAL** | | 30 | In Excess of $38 Million | $38,522,830.71 | |

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed Attorneys for Zayat Stables, LLC,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE DONALD H. STECKROTH
CASE NO. 10-13130 (DHW)

In re:                                                         Chapter 11

ZAYAT STABLES, LLC,

                    Debtor-in-Possession.

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SOFA AND SCHEDULES

The Statement of Financial Affairs ("SOFA") and Schedules of Assets and Liabilities ("Schedules") filed by Zayat Stables, LLC, the within debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 case, are unaudited and were prepared pursuant to section 521 of chapter 11 of title 11, the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in conjunction with the Debtor's management and advisors. While the Debtor's management has made reasonable efforts to file a complete and accurate SOFA and Schedules based upon information available at the time of preparation, and because of, among other things, the complexity of the Debtor's business operations, the SOFA and Schedules remain subject to further revision and verification by the Debtor. The Debtor reserves the right to amend its SOFA and Schedules from time to time as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's SOFA and Schedules (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the SOFA and Schedules, and should be referred to and reviewed in connection with any review of same.

The SOFA and Schedules have been signed by Ahmed Zayat, sole member and officer of the Debtor.  In reviewing and signing the SOFA and Schedules, Mr. Zayat necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel of the Debtor.  Mr. Zayat has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

## INTRODUCTION

1.      Description of the Case and "As Of" Information Date.  On February 3, 2010 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtor currently is operating its business and is in possession of its assets as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      Basis of Presentation.  The SOFA and Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

3.      Amendment.  While reasonable efforts were made to file complete and accurate SOFA and Schedules, inadvertent errors or omissions may exist.  The Debtor thus reserves the right to amend and/or supplement its SOFA and Schedules from time to time as may be necessary or appropriate.

4.      Recharacterization.  The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the SOFA and Schedules correctly.  It is possible, however, the Debtor may improperly have characterized, classified, categorized or designated certain items.  As such, the Debtor reserves its right to recharacterize, reclassify, recategorize or redesignate information reported in the SOFA and Schedules at a later time, as necessary or appropriate, as additional information becomes available.

48051/0001-6327729v1 February 17, 2010

5.     <u>Summary of Reporting Procedures</u>.  The following conventions were adopted by the Debtor in the preparation of the SOFA and Schedules:

(i)     <u>Fair Market Value; Book Value</u>.  The Debtor reports on a calendar year basis.  All asset information contained in the SOFA and Schedules is as of the Filing Date.  The liability information, except where otherwise noted, is as of the Filing Date.  Unless otherwise noted, the Debtor has indicated net book values for assets as of the Filing Date in the SOFA and Schedules.

(ii)     <u>Causes of Action</u>.  The Debtor possesses certain claims and causes of action against its prepetition secured lender, Fifth Third Bank ("Fifth Third"), in connection with lender liability claims based on a pattern of misleading, deceptive and predatory lending practices perpetrated by Fifth Third.  In addition, the Debtor may possess certain claims and causes of action against various parties, including, contingent claims in the form of various avoidance actions they could commence under the Bankruptcy Code and other relevant nonbankruptcy laws.  The identity and amounts of those claims and causes of action, if any, are not yet known and, therefore, the Debtor reserves all its rights with respect to any claims, causes of action or avoidance actions.  Nothing contained or omitted in these Global Notes or the SOFA and Schedules shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion thereof.

(iii)     <u>Classifications</u>.  Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "priority" or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify

3

such claim or contract.  In particular, the Debtor reserves its right to amend the SOFA and

Schedules to recharacterize or reclassify any such contract or claim.

(iv)    <u>Disputed, Contingent, and Unliquidated Claims</u>: Schedules D, E and F

(see below) permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.

A failure to designate a claim on any of these Schedules as disputed, contingent and/or

unliquidated does not constitute an admission that such claim is not subject to objection.  The

Debtor reserves its right to dispute, or assert offsets or defenses to, any claim reflected on these

Schedules as to amount, liability or status.

## SCHEDULES

1.    <u>Schedule B</u>.  The Debtor reserves its right to recategorize and/or recharacterize

the asset holdings described below at a later time to the extent the Debtor determines that such

holdings were improperly reported:

(1)    <u>Schedule B.2</u>: the Debtor's cash includes approximately: (i) $3,380

in petty cash; (ii) $17,627.23 held at Fifth Third in Checking Account No. 7380727409; (iii)

$607,453.29 held at Fifth Third in Money Market Account No. 7380700760 (the "Control

Account"); (iv) $827,771.64 held at Bank of America in Operating Account No. 9504647669;

and (v) $195,000.00 held at Frost Brown Todd, LLC in their attorney trust account.  The Debtor

anticipates seeking authority at the final cash collateral hearing to use the cash in the Control

Account.  The Debtor reserves all rights as to the Control Account.

(2)    <u>Schedule B.16</u>.  Accounts receivable are comprised generally of

monies due from various racetracks throughout the United States.

(3)    <u>Schedule B.30</u>.  The Debtor's primary asset consists of its

inventory of horses.  As of December 2009, the fair market value of the Debtor's inventory of

4

horses, as appraised at the behest of Fifth Third, was in excess of $37 million.  Nothing herein

shall be deemed an acknowledgment or admission as to the appraisal prepared by Fifth Third.

2.      <u>Schedule D</u>.  Although the Debtor may have scheduled claims of various creditors

as secured claims, the Debtor reserve all its rights to dispute or challenge the secured nature of

any such creditor's claim or the characterization of the structure of any such transaction or any

document or instrument related to such creditor's claim.  In particular, the Debtor does not

acknowledge the indebtedness to Fifth Third and reserves all of its rights to challenge the

validity, extent and priority of the indebtedness and alleged liens of Fifth Third.  In addition,

nothing herein shall constitute a finding that Fifth Third has a valid lien on the Debtor's assets.

The descriptions provided on Schedule D are intended only to be a summary.  Reference to the

applicable loan agreements and related documents is necessary for a complete description of the

collateral and the nature, extent and priority of any liens.

3.      <u>Schedule E</u>.  Certain of the Debtor's employees had pre-petition wage claims due

to the timing of the Filing Date with respect to the Debtor's pay periods.  On February 5, 2010,

the Bankruptcy Court entered an order granting the Debtor authority to pay pre-petition

employee wage and other obligations in the ordinary course (the "Employee Wages Order").

Pursuant to the Employee Wages Order, the Debtor believes that, other than claims of certain

former and current employees for vacation, personal and/or severance pay, any employee claims

for pre-petition amounts have been or will be satisfied in the ordinary course of business

pursuant to the Employee Wages Order.  As a result, pre-petition wage claims have been listed

on Schedule E as zero.  The listing of any claim on Schedule E does not constitute an admission

by the Debtor that such claim, in fact, exists and/or is entitled to priority treatment under 11

U.S.C. § 507.  The Debtor reserves its right to dispute the priority status and amount of any claim on any basis.

4.      Schedule F.  The claims comprising Schedule F may be categorized generally as the claims of individual creditors for, among other things, goods and/or services, which the Debtor reserve all its rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs with respect to same.

5.      Schedule G.  The Debtor hereby reserve all its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

6.      Schedule H.  Schedule H reflects guaranties issued by Ahmed Zayat, the Debtor's principal, and Pioneer of the Nile, Ltd.,[1] for the payment of all monies due, or which may thereafter become due, to Fifth Third under the Debtor's prepetition credit facility with Fifth

---

[1] Pioneer of the Nile, Ltd. is an entity which is wholly owned by Ahmed Zayat and which has no assets.

6

Third.  Both of the guaranties each have a liability limit of $38,700,000.00.  The Debtor reserves

its rights to amend Schedule H at any time should circumstances warrant.

<div style="margin-left: 40%;">

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Proposed Attorneys for Zayat Stables, LLC,
Debtor-in-Possession

By*:*      */s/ Michael D. Sirota*
   Michael D. Sirota
   Warren A. Usatine

</div>

DATED:  February 17, 2010

48051/0001-6327729v1 February 17, 2010

B6A (Official Form 6A) (12/07)

In re   **Zayat Stables, LLC**                                              ,   Case No.   **10-13130 (DHS)**
                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

| In re | **Zayat Stables, LLC** | | Case No. | **10-13130 (DHS)** |
|---|---|---|---|---|
| | Debtor(s) | | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Petty Cash** | - | **$3,380.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank**<br>**P.O. Box 630900**<br>**Cincinnati, OH  45263-0900**<br>**Checking Acct. No. 7380727409** | - | **$17,627.23** |
| | | **Fifth Third Bank**<br>**P.O. Box 630900**<br>**Cincinnati, OH  45263-0900**<br>**Money Market Account No. 7380700760** | - | **$607,453.29** |
| | | **Bank of America**<br>**P.O. Box 53150**<br>**Phoenix, AZ 85072-3150**<br>**Checking Acct No. 9504647669** | | **$827,771.64** |
| | | **Frost Brown Todd LLC**<br>**Attorney Trust Account**<br>**250 W. Main Street, Suite 2800**<br>**Lexington, KY 40507-1749** | - | **$195,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord:  MSNW Continental Association** | - | **$10,031.88** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

B 6B (Official Form 6B)  (12/07) - Cont.

In re    **Zayat Stables, LLC**                                                    Case No.  **10-13130 (DHS)**
_____
Debtor                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Kirk Horse Insurance - Mortality and Infertility** | - | $0.00 |
| | | **American Bankers Insurance - Equine Liability and Umbrella** | - | $0.00 |
| | | **J. Katz Insurance Company - Liability and Workers Compensation** | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Stallion Syndicates:** **J Be K - 50%** **Marcavelly - 66%** **Pioneer of the Nile - 75%** **Zensational - 25%** **Shared Ownership:** **Conja - 50%** **Got the Last Laugh - 50%** **Kit's Girl - 50%** **Sensi - 50%** **Unnamed, by Birdstone-Zamgo - 50%** **Unnamed, by Cherokee Run-Moon Watch - 50%** **Unnamed, by Half Ours-Malibu Molly - 50%** **Unnamed, by Indian Charlie-Conja - 50%** **Unnamed, by Pomeroy-Mimi's Tizzy - 50%** | - | Unknown |

B 6B (Official Form 6B) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                                    Case No.    **10-13130 (DHS)**
_____                                    _____
                    **Debtor**                                                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Arlington Park - $100.00**<br>**Calder/Gulf Stream - $580.00**<br>**Golden Gate Fields - $6,154.00**<br>**Hawthorne Park - $100.00**<br>**Nyra-Aqueduct - $6,756.00**<br>**Mountaineer - $50.00** | - | **$13,740.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan Receivable - M. Jelinsky - $155,000.00 - 11/27/2006**<br>**Loan Receivable - M. Mike - $4,700.00 - 3/22/2007**<br>**Loan Receivable - S. Amoyelle - $51,000.00 - 8/16/2007**<br>**Loan Receivable - J. Jelinsky - $450,000.00 - 9/27/2007**<br>**Loan Receivable - B. Jelinsky - $50,000.00 - 10/02/2007**<br>**Loan Receivable - L.A. Jelinsky - $2,500.00 - 2/1/2008**<br>**Loan Receivable - CJE Skelchy - $30,180.00 - 6/2/2008**<br>**Loan Receivable - B. Mulhearn - $5,850.00 - 9/4/2008**<br>**Loan Receivable - R. Williams - $200.00 - 7/17/2009**<br>**Loan Receivable - T. Mulhearn - $24,560.00 - 7/22/2009**<br>**Loan Receivable - Over View - $50,000.00 - 9/29/2009**<br>**Loan Receivable - A. Mulhearn - $65,800.00 - 10/27/2009** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against Fifth Third Bank for lender liability.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  __Zayat Stables, LLC_____          Case No. __10-13130 (DHS)_____
                    **Debtor**                                                        **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture, Equipment and Improvements** | | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See attached Schedule 1** | **-** | **In Excess of $37 Million***|
| 31. Animals. | | **See Question 30 - Inventory** | **-** | **$0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total >          **In Excess of $38 Million**

(Report also on Summary of Schedules)

*As of December 2009, the fair market value of the Debtor's inventory of horses, as appraised at the behest of the Debtor's prepetition lender, Fifth Third Bank, was in excess of $37 million.  Nothing herein shall be deemed an acknowledgement or admission as to the appraisal prepared by Fifth Third Bank.

| | I | |
|---|---|---|
| In re   **Zayat Stables, LLC** | | Case No.   **10-13130 (DHS)** |
| | Debtor(s) | |

### Schedule 1 to Question 30

| Horse | Stallion | YOB |
|---|---|---|
| Acqualina | | |
| Acqualina | Proud Citizen | 2009 |
| Alaazo | | |
| Anwar Sadat | | |
| Ash Zee | | |
| Ava Knowsthecode | First Samurai | 2008 |
| B Z Warrior | | |
| Baby Lexi | Roman Ruler | 2008 |
| Baby Lexi | | |
| Baby Lexi | Whywhywhy | 2009 |
| Baroness Aamoura | | |
| Baroness Jill | | |
| Beautfiul Julie | | |
| Beautiful Julie | Teuflesberg | 2009 |
| Bella Linda | | |
| Bella Linda | In Excess (Ire) | 2009 |
| Boston Lady | Hennessy | 2008 |
| Brady Thomas | | |
| Bret | | |
| Bruce N Autumn | | |
| Bustanai | | |
| Can You Say Fast | | |
| Carson Jen | Bernardini | 2008 |
| Carson Jen | | |
| Charming Assassin | | |
| Chasing Ted | | |
| Chief Officer | Stormy Atlantic | 2008 |
| Commandeered | | |
| Conja | | |
| Conja | Indian Charlie | 2009 |
| Crown of Glory | | |
| Curly Girl | | |
| Curly Girl | Mr. Sekiguchi | 2009 |
| D C Tapit | | |
| Debbie H | | |
| Donia | | |
| Dontgetinmyway | Rockport Harbor | 2008 |
| Dougie | | |
| Dreyfus | | |
| Dyna's Destiny | Distorted Humor | 2008 |
| E Z Warrior | | |

| Horse | Stallion | YOB |
|---|---|---|
| Eaton's Gift | | |
| Eliza's Time (Ire) | Lemon Drop Kid | 2008 |
| Emma Song | | |
| Emmz | | |
| Enchanted Woods | Giant's Causeway | 2008 |
| Enchanted Woods | | |
| Enchanted Woods | Lawyer Ron | 2009 |
| Eskendereya | | |
| Everlasting Beauty | | |
| Eye on Jacob | | |
| Fast an Sexy | Indian Charlie | 2008 |
| Fayoum | | |
| Fifty Mil Short | El Corredor | 2008 |
| Fifty Mil Short | | |
| Fifty Mil Short | City Zip | 2009 |
| Five Fifty Five | | |
| For All We Know | Monarchos | 2008 |
| Fossa | | |
| Fri Guy | | |
| Galloping Gulch | | |
| Gentleman Jeter | | |
| Go Again Valid | Broken Vow | 2008 |
| Got the Last Laugh | | |
| Greeley's Tune | | |
| Gullible Gal | | |
| Halo Najib | | |
| Hamba | Harlan's Holiday | 2008 |
| Happy Olive | | |
| Harbor Girl | Devil His Due | 2008 |
| Heart Ashley | | |
| Heart Ben | | |
| Herr Mozart | | |
| Herzog | | |
| Hoopoe | | |
| Horowitz | | |
| Hot Table | | |
| Hovig | | |
| Humilarity | | |
| In Just We Trust | | |
| J Be K | | |
| J Z Now | | |
| J Z's Revenge | | |
| Jake of Rome | | |
| Je Suis Sheik | | |
| Jehan | | |

| Horse | Stallion | YOB |
|---|---|---|
| Jemmealey | | |
| Joanne Jubilation | Hook and Ladder | 2008 |
| Joanne Jubilation | Bold Executive | 2009 |
| Joanne Jubilation | | |
| Justin | | |
| Justy | | |
| Kays and Jays | | |
| Keefer | | |
| Keepyourwitsaboutu | Forest Danger | 2008 |
| Kerouac | | |
| Kit's Girl | | |
| La Ransom | | |
| Lady Amira | | |
| Lamm | | |
| Legendary Stacy | | |
| Little Mordi | | |
| Littleprincessemma | | |
| Lotus of the Nile | | |
| Macias | | |
| Macjoey | | |
| Mahfouz | | |
| Maimonides | | |
| Malibu Moon | Half Ours | 2009 |
| Malt Magic | | |
| Mapenga | Include | 2008 |
| Marcavelly | | |
| Mark of a Warrior | | |
| Masrawy | | |
| Massive Drama | | |
| Megalicious | | |
| Megalov | | |
| Melo | | |
| Meredith Bee | | |
| Mia Donna | Stormy Atlantic | 2008 |
| Milagra | Malibu Moon | 2008 |
| Mimi's Tizzy | Pomeroy | 2008 |
| Mine or Who's | | |
| Miraculous Knight | Songandaprayer | 2008 |
| Miraculous Knight | | |
| Miraculous Knight | Rockport Harbor | 2009 |
| Mischooo | | |
| Mlle Ballerina | | |
| Moon De French | | |
| Moon Watch | Cherokee Run | 2008 |
| Moral Victory | | |

| Horse | Stallion | YOB |
|---|---|---|
| Mother Ruth | | |
| Moudez | | |
| Mr. Benjamin | | |
| My Friend Bernie | | |
| My Jo Jo | Roman Ruler | 2008 |
| My Jo Jo | | |
| My Jo Jo | Macho Uno | 2009 |
| Night Edition | Victory Gallop | 2008 |
| Omnyti | | |
| Pearly Beach | Tapit | 2008 |
| Phone Home | | |
| Pioneerof the Nile | | |
| Pious David | | |
| Polish Flower | Silver Deputy | 2008 |
| Positioning | Tapit | 2008 |
| Premium Wine | | |
| Prince Omar | | |
| Professor Z | | |
| Pure Malt | | |
| Puype's Dream | Lion Heart | 2008 |
| Queen Amira (GB) | Malibu Moon | 2009 |
| Raphael Alexandro | | |
| Red Cognac | | |
| Red Vow | | |
| Rena | | |
| Renfro Valley Star | Speightstown | 2008 |
| Rightly So | | |
| Riley Tucker | | |
| Ron Rita Run | | |
| Saar | | |
| Saints Alive | | |
| Sarah Supreme | | |
| Sarah Supreme | Aragorn (Ire) | 2009 |
| Schneerson | | |
| Sensi | | |
| Sheba's Song | | |
| Sheer Luck | Elusive Quality | 2008 |
| Simone Veil | | |
| Sir Ben | | |
| Sir Mott | | |
| Skinny Dip | | |
| Sobe's Choice | Consolidator | 2008 |
| Sobe's Choice | | |
| Sobe's Choice | Purge | 2009 |
| Sobhy | | |

| Horse | Stallion | YOB |
| --- | --- | --- |
| Soul Warrior | | |
| Souma | | |
| Sparklin Lil | Jump Start | 2008 |
| Spies in My Midst | Bernstein | 2008 |
| Star of Goshen | | |
| Star of Goshen | Empire Maker | 2009 |
| St. Raphael | | |
| Sunday Holiday | | |
| Sunday Holiday | Ghostzapper | 2009 |
| Tamar | | |
| Teaneck | | |
| The Administrator | Mineshaft | 2008 |
| Thirthsixth | | |
| Undercover Angel | | |
| Vitamin C | | |
| Viva V | Giant's Causeway | 2008 |
| Z Fortune | | |
| Z Humor | | |
| Z Z Warrior | | |
| Zamgo | Birdstone | 2008 |

B6D (Official Form 6D) (12/07)

In re     **Zayat Stables, LLC**                                                     Case No.    **10-13130 (DHS)**
                                         Debtor                            ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Purchase of horses** | | | | | |
| **Bemak N.V. Ltd. Co., d/b/a Ashford Stud** **P.O. Box 823** **Versailles, KY 40383** | | - | | X | | X | | |
| | | | Value $                           0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | **Credit Facility** | | | | | |
| **Fifth Third Bank** **250 West Main Street** **Attn: Mr. Chad Lashbrook** **Lexington, KY 40507** | X | - | | X | | X | | |
| | | | Value $                           0.00 | | | | **34,265,970.00** | **Unknown** |
| Account No. | | | | | | | | |
| **Fifth Third Bank** **5050 Kingsley Drive** **MD 1MOC2Q** **Attn: Depositor Services** **Cincinnati, OH 45263** | | | **Additional Notice Party:** **Fifth Third Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Jeffrey D. Prol, Esq.** **Lowenstein Sandler PC** **65 Livingston Avenue** **Roseland, NJ 07068** | | | **Additional Notice Party:** **Fifth Third Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| __2__   continuation sheets attached | | | Subtotal (Total of this page) | | | | **34,265,970.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   __Zayat Stables, LLC_____,   Case No.   __10-13130 (DHS)__
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | | |
| **Account No.** | | | | **Additional Notice Party:** | | | | | |
| Michael L. Scheier, Esq. Keating Muething & Klekamp, PLL One East Fourth Street, Suite 1400 Cincinnati, OH 45202 | | | | **Fifth Third Bank** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | **Boarding for Sire** | | | | | |
| Hill 'N' Dale Syndicated Stallions, Inc. Attn: John Sikura 640 N. Yarnallton Pike Lexington, KY 40511 | - | | | | X | | X | | |
| | | | | Value $                 0.00 | | | | 6,095.10 | Unknown |
| **Account No.** | | | | **Seventy-five percent (75%) ownership interest in Zensational (2006)** | | | | | |
| Hill 'N' Dale Syndicated Stallions, Inc. Attn: John Sikura 640 N. Yarnallton Pike Lexington, KY 40511 | - | | | | X | | X | | |
| | | | | Value $                 0.00 | | | | **Unknown** | **Unknown** |
| **Account No.** | | | | **Purchase of horses** | | | | | |
| Keeneland Association, Inc. Attn: Harvie Wilkinson 4201 Versailles Road P.O. Box 1690 Lexington, KY 40588-1690 | - | | | | X | | X | | |
| | | | | Value $                 0.00 | | | | 2,381,500.00 | Unknown |
| **Account No.** | | | | **Additional Notice Party:** | | | | | |
| Steven Sheldon, Esq. Day Pitney LLP 200 Campus Drive Florham Park, NJ 07932 | | | | **Keeneland Association, Inc.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet  __1__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

2,387,595.10 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Zayat Stables, LLC** ,                                    Case No.   **10-13130 (DHS)**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Stonewall Farm Stallions, LLC**<br>**3204 Midway Road**<br>**Versailles, KY 40383** | - | | | **Breeding fee**<br><br>Value $                **0.00** | X | | X | **Unknown** | **Unknown** |
| Account No.<br><br><br><br> | | | | Value $ | | | | | |
| Account No.<br><br><br><br> | | | | Value $ | | | | | |
| Account No.<br><br><br><br> | | | | Value $ | | | | | |
| Account No.<br><br><br><br> | | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **0.00** / **0.00** |
| | Total<br>(Report on Summary of Schedules) | **36,653,565.10** / **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Zayat Stables, LLC**                                                          ,    Case No.    **10-13130 (DHS)**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                    ,        Case No.    **10-13130 (DHS)**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sobhy S. Sonbol**<br>**200 Chambers Street**<br>**Apt. 6U**<br>**New York, NY 10017** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Sylvia Sunta**<br>**598 Warwick Avenue**<br>**Teaneck, NJ** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Rita Weingold**<br>**251 Richard Court**<br>**Pomona, NY 10970** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Ronald Williams**<br>**130 Belmont Street**<br>**Englewood, NJ 07631** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Ahmed Zayat**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

B6F (Official Form 6F) (12/07)

In re    **Zayat Stables, LLC**                                                                                    Case No.    **10-13130 (DHS)**
                                                                            ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Adena Springs**<br>**P.O. Box 718**<br>**Paris, KY 40362** | | - | | | **Stud Fee** | X | | X | 143,100.00 |
| Account No.<br><br>**Alamo Pintado Equine Medical Center**<br>**2501 Santa Barbara Avenue**<br>**P.O. Box 249**<br>**Los Olivos, CA 93441** | | - | | | **Equine - Medical** | | | | 1,722.40 |
| Account No.<br><br>**American Horse Transportation LLC**<br>**326 8th Street SW - Ste. #5**<br>**Auburn, WA 98001** | | - | | | **Vanning/Horse Transportation** | | | | 3,700.00 |
| Account No.<br><br>**Ashford Stud/Creekview Farm**<br>**P.O. Box 823**<br>**Versailles, KY 40383** | | - | | | **Equine - General** | | | | 2,616.00 |
| __17__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 151,138.40 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    S/N:26456-100129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Zayat Stables, LLC** _____,      Case No. ___**10-13130 (DHS)**___
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Equine - General | | | | |
| **Asmussen Racing Stables** **P.O. Box 1861** **Laredo, TX 78044** | - | | | | | | 3,600.00 |
| Account No. | | | Utility | | | | |
| **AT&T Mobility** **P.O. Box 6463** **Carol Stream, IL 60197-6463** | - | | | | | | 1,021.76 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Baronne Veterinary Clinic, Inc.** **P.O. Box 909** **Sunset, LA 70584** | - | | | | | | 17,497.00 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **The Belmont Veterinary Group Inc.** **335 Rushmore Avenue** **Mamaroneck, NY 10543** | - | | | | | | 1,060.00 |
| Account No. | | | Training | | | | |
| **Bob Baffert Racing Stables, Inc.** **Attn: Kim McKarthy** **P.O. Box 661912** **Arcadia, CA 91066-1912** | - | | | | | | 21,308.80 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,487.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                    , Case No.    **10-13130 (DHS)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Equine - General | | | | |
| Bob Coglianese Photos, Inc. P.O. Box 90 Jamaica, NY 11417 | - | | | | | | | 572.00 |
| Account No. | | | | Equine - General | | | | |
| Bob Hubbard Horse Transportation, Inc. 3730 S. Riverside Avenue Colton, CA 92324 | - | | | | | | | 2,826.00 |
| Account No. | | | | Equine - General | | | | |
| Bonnie Acres Ranch 25240 Thoroughbred Lane Hemet, CA 92545 | - | | | | | | | 3,063.80 |
| Account No. | | | | Veterinary/Pharmacy | | | | |
| Boothwyn Pharmacy Inc. 2341 Chichester Avenue Boothwyn, PA 19061 | - | | | | | | | 14,375.00 |
| Account No. | | | | Vanning/Horse Transportation | | | | |
| Brook Ledge Inc. P.O. Box 56 Oley, PA 19547-0056 | - | | | | | | | 14,890.25 |

Sheet no. __2___ of __17___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 35,727.05

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zayat Stables, LLC** _____,    Case No. ___10-13130 (DHS)___
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Training | | | | |
| Chad Brown P.O. Box 21875 Louisville, KY 40221 | - | | | | | | | 3,763.00 |
| Account No. | | | | Utility | | | | |
| Cablevision Lightpath, Inc. P.O. Box 360111 Pittsburgh, PA 15251-6111 | - | | | | | | | 875.00 |
| Account No. | | | | Registration/Advertising | | | | |
| California Thoroughbred Breeders Assoc., Canadian Throughbred Horse Society (BC Division) 17687-56A Avenue, Surrey V3S 1G4 | - | | | | | | | 1,083.05 |
| Account No. | | | | Advertising for Stallions | | | | |
| Campbell Enterprises 2896 Deerfield Run Blvd. Anderson, IN 46017 | - | | | | | | | 3,100.00 |
| Account No. | | | | Training | | | | |
| Tyler Cerin 175 Mt. Olive Drive Bradbury, CA 91010 | - | | | | | | | 220.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,041.05

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                    , Case No. __10-13130 (DHS)__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Chino Valley Equine Hospital** **2945 English Place** **Chino Hills, CA 91709** | - | | | | | | 12,438.00 |
| Account No. | | | Stud fee | | | | |
| **Darley Stud Management, LLC** **Jonabell Farm** **Attn:  Mary Beth Moore** **3333 Bowman's Mill Road** **Lexington, KY 40513** | - | | | X | | | 174,900.00 |
| Account No. | | | Equine - General | | | | |
| **Deer Park** **P.O. Box 856192** **Louisville, KY 40285-6192** | - | | | | | | 38.86 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Dr. Michael E. Steppe & Associates** **3417 Chino Avenue** **Chino, CA 91710** | - | | | | | | 572.00 |
| Account No. | | | Training | | | | |
| **Dutrow Thoroughbred Enterprises Inc.** **Attn:  Kim Dutrow** **88 Penn Oak Trail** **Newtown, PA 18940** | - | | | | | | 9,279.00 |

Sheet no. __4___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          197,227.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                        ,        Case No.    **10-13130 (DHS)**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| DVM & Associates PC Attn: James C. Hunt, Jr. P.O. Box 030452 Elmont, NY 11003 | - | | | | | | 26,048.94 |
| Account No. | | | Consignment | | | | |
| Eaton Sales, LLC 1510 Newtown Pike Suite 108 Lexington, KY 40511 | - | | | | | | 54,682.62 |
| Account No. | | | Photos and DVDs | | | | |
| Equi-Photo, Inc. Philadelphia Park Racetrack P.O. Box 1000 Bensalem, PA 19020 | - | | | | | | 825.00 |
| Account No. | | | Equine - General | | | | |
| Equi-Vet., LLC Route 6 Box 185 G Hessler Street New Orleans, LA 70129 | - | | | | | | 1,843.00 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| Equine Medical and Surgical Group P.O. Box 661956 Arcadia, CA 91066 | - | | | | | | 34,195.49 |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **117,595.05**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                                          Case No.    **10-13130 (DHS)**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Equine Medical Center (CA)** **10542 Walker Street** **Cypress, CA 90630** | - | | | | | | 13,305.61 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Equine Medicine & Surgery** **7991 E. Texas St.** **Suite 400** **Bossier City, LA 71111-7024** | - | | | | | | 25,398.28 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Equine Medicine Specialist** **4215 N. Flagler Drive** **West Palm Beach, FL 33407** | - | | | | | | 710.00 |
| Account No. | | | Equine - General | | | | |
| **Equine Therapy 502 Inc.** **P.O. Box 583** **Simpsonville, KY 40067** | - | | | | | | 1,750.00 |
| Account No. | | | Equine - General | | | | |
| **Finger Lakes Gaming & Racetrack** **c/o Jo Tremacco** **P.O. Box 25250** **Farmington, NY 14425** | - | | | | | | 150.00 |

Sheet no.  **6**   of  **17**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,313.89

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC** _____,    Case No.    **10-13130 (DHS)**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal | | | | |
| **Frost Brown Todd, LLC** c/o Joel B. Turner, Esq. **400 West Market Street, 32nd Fl. Louisville, KY 40202-3363** | - | | | | | | 4,236.50 |
| Account No. | | | Boarding for Sire | | | | |
| **Gainesway** Attn:  Michael Hernon **3750 Paris Pike P.O. Box 11690 Lexington, KY 40577-1690** | - | | | | | | 37,100.00 |
| Account No. | | | Accounting and Financial | | | | |
| **The Green Group** Leonard C. Green & Company PA **900 Route 9, 6th Fl. Woodbridge, NJ 07095** | - | | | | | | 8,730.00 |
| Account No. | | | Vanning/Horse Transportation | | | | |
| **H.E. Sutton Forwarding Co, LLC P.O. Box 1066 Lexington, KY 40588-1066** | - | | | | | | 47,004.21 |
| Account No. | | | Breeding | | | | |
| **Indiana Stallion Station LLC 4967 E. 100 S Anderson, IN 46017** | - | | | | | | 1,200.00 |

Sheet no. __7___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **98,270.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zayat Stables, LLC**                                                                    ,            Case No.   __10-13130 (DHS)__
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | **Vanning/Horse Transportation** | | | | |
| **J. Reed Horse Transportation** **P.O. Box 847** **Versailles, KY 40383** | | | | | | | | 500.00 |
| Account No. | | | - | **Vanning/Horse Transportation** | | | | |
| **KDS Horse Transportation** **1111 NW McCracken Road** **Lawton, OK 73507** | | | | | | | | 11,039.00 |
| Account No. | | | - | **Medical Treatment - Veterinarian** | | | | |
| **James D. Kenney D.V.M.** **P.O. Box 717** **Millstone Township, NJ 08510** | | | | | | | | 600.00 |
| Account No. | | | - | **Equine - General** | | | | |
| **M.C. Sedlacek Racing Stable** **227 Hamilton Road** **West Hempstead, NY 11552-1509** | | | | | | | | 685.00 |
| Account No. | | | - | **Equine - General** | | | | |
| **McMartin and Associates** **P.O. Box 160** **Bolton, Ontario L7E 5T2** **CANADA** | | | | | | | | 3,879.60 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            16,703.60

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                    , Case No.    **10-13130 (DHS)**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical Treatment - Veterinarian | | | | |
| Joseph F. Migliacci, DVM, PA P.O. Box 540005 Lake Worth, FL 33454-0005 | - | | | | | | | 463.00 |
| Account No. | | | | Training | | | | |
| Mike R. Mitchell Racing Stable Attn:  Pete Belanto c/o L.B. Business Mgmt 28202 Palmada Mission Viejo, CA 92692 | - | | | | | | | 27,060.00 |
| Account No. | | | | Equine - General | | | | |
| Mott Thoroughbred Stable 11 Manning Cove Road Malta, NY 12020 | - | | | | | | | 1,692.35 |
| Account No. | | | | Legal | | | | |
| Karen A. Murphy, Esq. 76 Phelps Road Old Chatham, NY 12136 | - | | | | | | | 4,122.45 |
| Account No. | | | | Training | | | | |
| Nicolas P. Zito Racing Stables, Inc. Attn:  Tim Poole P.O. Box 588 Elmont, NY 11003 | - | | | | | | | 26,877.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   60,214.80

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                              , Case No.    **10-13130 (DHS)**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical Treatment - Veterinarian | | | | |
| Renee D. Nodine, VMD Horse Valley Equine Center, LLC 177 Valley Lane Annville, PA 17003 | - | | | | | | | 949.00 |
| Account No. | | | | Training | | | | |
| Payton Training Center 11 S.E. Highway 484 Ocala, FL 34480 | - | | | | | | | 2,505.00 |
| Account No. | | | | Equine - General | | | | |
| Pegasoos, Inc P.O. Box 660002 Arcadia, CA 91066 | - | | | | | | | 2,450.00 |
| Account No. | | | | Equine - General | | | | |
| Peterson & Smith Equine Hospital 4747 SW 60th Avenue Ocala, FL 34474 | - | | | | | | | 2,977.28 |
| Account No. | | | | Equine - General | | | | |
| PS Horse Transportation, Inc 205 East 66th Street New York, NY 10065 | - | | | | | | | 900.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     9,781.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zayat Stables, LLC**                                                    , Case No.   **10-13130 (DHS)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Training | | | | |
| **Rick Dutrow Racing Stable** **2 The Hollows West** **East Norwich, NY 11732** | - | | | | | X | 2,675.88 |
| Account No. | | | Boarding | | | | |
| **River Rock Farm, Inc.** **1730 Hopewell Road** **Port Deposit, MD 21904** | - | | | | | | 1,024.00 |
| Account No. | | | Boarding | | | | |
| **Robert Scanlon Training Center, Inc.** **P.O. Box 599** **Williston, FL 32696** | - | | | | | | 7,170.50 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Roger B. Clymans, V.M.D., P.C.** **3688 Pickertown Road** **Chalfont, PA 18914** | - | | | | | | 82.00 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Rood & Riddle Equine Hospital** **P.O. Box 12070** **Lexington, KY 40580-2070** | - | | | | | | 6,307.75 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,260.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zayat Stables, LLC** _____ ,      Case No.   **10-13130 (DHS)** _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vanning/Horse Transportation | | | | |
| **Sallee Horse Vans, Inc.** **P.O. Box 13338** **Lexington, KY 40583-3338** | - | | | | | | | 23,701.58 |
| Account No. | | | | Equine - General | | | | |
| **San Francisco Equine Inc.** **519 Marine View Avenue, Suite A** **Belmont, CA 94002** | - | | | | | | | 852.00 |
| Account No. | | | | Loan | | | | |
| **Sherif El Zayat** **401 Hackensack Avenue** **Hackensack, NJ 07601** | - | | | | | | | 750,000.00 |
| Account No. | | | | Equine - General | | | | |
| **Sica Horse Transport** **P.O. Box 14114** **Louisville, KY 40214** | - | | | | | | | 250.00 |
| Account No. | | | | Medical Treatment - Veterinarian | | | | |
| **Stephen J. Selway, D.V.M. Inc.** **308 Oak Street** **Hollywood, FL 33019** | - | | | | | | | 690.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

775,493.58

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                          ,    Case No.    **10-13130 (DHS)**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Training | | | | |
| Steve Asmussen Racing Stable Attn:  Jamie Holloman P.O. Box 200397 Arlington, TX 76006-0397 | - | | | | | | 73,544.60 |
| Account No. | | | Training | | | | |
| Steve Miyadi Racing Attn:  Steve Miyadi 3555 El Camino Real # 308 San Mateo, CA 94403 | - | | | | | | 4,410.00 |
| Account No. | | | Legal | | | | |
| Stites & Harbison PLLC 250 W. Main Street 2300 Lexington Financial Center Lexington, KY 40507-1758 | - | | | | | | 6,033.30 |
| Account No. | | | Boarding | | | | |
| Stockplace Attn:  Tom VanMeter 4224 Briar Hill Road Lexington, KY 40516 | - | | | | | | 28,807.00 |
| Account No. | | | Equine - General | | | | |
| Taylor Made Sales Agency 2765 Union Mill Road Nicholasville, KY 40356 | - | | | | | | 7,805.00 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,599.90**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zayat Stables, LLC**
_____,
                    Debtor

Case No.   **10-13130 (DHS)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Medical Treatment - Veterinarian | | | | |
| Teigland, Franklin & Brokken, D.V.M.'s PA 12277 SW 55th Street, Suite 909 Fort Lauderdale, FL | - | | | | | | | 685.75 |
| Account No. | | | | Canadian Membership | | | | |
| The Canadian Thoroughbred Horse Society PO Box 172 Rexdale, Ontario M9W 5L1 | - | | | | | | | 800.00 |
| Account No. | | | | Training | | | | |
| Todd A. Pletcher Racing Stables, Inc. 73 First Street Garden City, NY 11530-4320 | - | | | | | | | 11,715.16 |
| Account No. | | | | Training | | | | |
| Todd Beattie Attn: Todd Mosstoller 94 Moonshine Road Jonestown, PA 17038 | - | | | | | | | 4,146.00 |
| Account No. | | | | Production | | | | |
| Triple Crown Productions, LLC 700 Central Avenue Louisville, KY 40208 | - | | | | | | | 1,200.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,546.91

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                    , Case No. __10-13130 (DHS)__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Medical Treatment - Veterinarian | | | | |
| **Phil Tripp, DVM** **Box 145** **Finchville, KY 40022** | | - | | | | | | 2,815.00 |
| Account No. | | | | Equine - General | | | | |
| **True Nicks LLC** **3101 Beaumont Centre Cir** **Lexington, KY 40513** | | - | | | | | | 1,495.00 |
| Account No. | | | | Utility | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | | - | | | | | | 440.13 |
| Account No. | | | | Utility | | | | |
| **Verizon Wireless** **P.O. Box 408** **Newark, NJ 07101-0408** | | - | | | | | | 490.70 |
| Account No. | | | | Stud Fee and Boarding Fee | | | | |
| **Vessels Stallion Farm LLC** **Administration Office** **5772 Camino Del Rey** **Bonsall, CA 92003** | | - | | | | | | 9,000.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,240.83

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zayat Stables, LLC**                                                    ,   Case No.   **10-13130 (DHS)**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Promotions and Marketing | | | | |
| **Washington Thoroughbred Breeders & Owners Association PO Box 1499 Auburn, WA 98071-1499** | - | | | | | | 4,280.04 |
| Account No. | | | Equine - General | | | | |
| **Wavertree Stables 14850 West Highway 40 Ocala, FL 34481** | - | | | | | | 2,288.00 |
| Account No. | | | Legal | | | | |
| **White & Case LLP 1155 Avenue of the Americas New York, NY 10036-2787** | - | | | | | | 150,000.00 |
| Account No. | | | Equine - General | | | | |
| **Woodstead Farm 4840 State Highway 6 Chehalis, WA 98532** | - | | | | | | 1,860.00 |
| Account No. | | | Medical Treatment - Veterinarian | | | | |
| **Yarbrough & Rabenstein, DVM, PA P.O. Box 1429 Loxahatchee, FL 33470-1429** | - | | | | | | 6,777.57 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165,205.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zayat Stables, LLC**                                                      ,    Case No.    **10-13130 (DHS)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Young Equine Services Inc**<br>**P.O. Box 64096**<br>**Lubbock, TX 79424** | - | | | Equine - General | | | | 5,777.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 5,777.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 1,898,625.21 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Zayat Stables, LLC**                                         ,    Case No.    **10-13130 (DHS)**
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MSNW Continental Associates, LLC**<br>**1776 On the Green**<br>**67 Park Place East, 8th Floor**<br>**Morristown, NJ 07960** | **Lease Agreement for corporate headquarters at 401 Hackensack Avenue, Hackensack, New Jersey, dated July 19, 2006.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Zayat Stables, LLC**                            ,    Case No.    **10-13130 (DHS)**

                                             Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ahmed Zayat**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **Fifth Third Bank**<br>**250 West Main Street**<br>**Attn: Mr. Chad Lashbrook**<br>**Lexington, KY 40507** |
| **Pioneer of the Nile, Ltd.**<br>**401 Hackensack Avenue**<br>**Hackensack, NJ 07601** | **Fifth Third Bank**<br>**250 West Main Street**<br>**Attn: Mr. Chad Lashbrook**<br>**Lexington, KY 40507** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### District of New Jersey

In re  **Zayat Stables, LLC**
Debtor(s)

Case No.  **10-13130 (DHS)**
Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member and Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **38**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 17, 2010**

Signature  **/s/ Ahmed Zayat**
**Ahmed Zayat**
**Sole Member and Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Zayat Stables, LLC** _____    Case No.    **10-13130 (DHS)**
                                    Debtor(s)                Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None  
☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,424,222.00** | **2007** |
| | **Racing Income - $6,234,057** |
| | **Sale of Horses - $8,190,165** |
| **$18,741,314.00** | **2008** |
| | **Racing/Claim Income - $7,428,177** |
| | **Sale of Horses - $9,781,397** |
| | **Sale of Breeding Rights - $1,500,000** |
| | **Breeders Awards - $31,740** |
| **$17,611,946.00** | **2009** |
| | **Racing/Claim Income - $6,647,427** |
| | **Sale of Horses - $10,964,519** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$371,946.00** | **2007**<br>**Insurance Proceeds - $289,680**<br>**Miscellaneous - $23,691**<br>**Interest Income - $58,575.00** |
| **$589,213.00** | **2008**<br>**Insurance Proceeds - $500,000**<br>**Miscellaneous - $60,985**<br>**Interest Income - $28,228.00** |
| **$3,418,444.00** | **2009**<br>**Insurance Proceeds - $3,345,000**<br>**Miscellaneous - $65,103**<br>**Interest Income - $8,341.00** |

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See attached Schedule 2** | | **$7,898,909.71** | **$0.00** |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Sarah Amoyelle (Relative of Member)**<br>**c/o Zayat Stables, LLC**<br>**401 Hackensack Avenue**<br>**Hackensack, NJ 07601** | **See Question 23** | | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ahmed Zayat (Member)**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **See Question 23** | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fifth Third Bank v. Zayat Stables, LLC, Ahmed Zayat and Pioneer of the Nile, Ltd. Case No. 05:09-cv-401-KKC** | **Foreclosure and Appointment of a Receiver** | **United States District Court, Eastern District of Kentucky, Central Division at Lexington** | **Pending** |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cole, Schotz, Meisel, Forman & Leonard**<br>**Court Plaza North**<br>**25 Main Street**<br>**Hackensack, NJ 07602** | **January, 2010** | **$474,746.34 (retainer)**<br>**$125,253.66 (prepetition services)** |
| **J.H. Cohn LLP**<br>**333 Thornall Street, 6th Floor**<br>**Edison, NJ 08837** | **January, 2010** | **$82,243.00 (retainer)**<br>**$67,757.00 (prepetition services)** |

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR |  |
| NAME AND ADDRESS OF INSTITUTION | DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |

**12. Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |

**13. Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

**14. Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**


None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☒  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **The Green Group**<br>**Attn:  James Benkoil**<br>**900 Route 9, 6th Fl.**<br>**Woodbridge, NJ 07095** | **2007 - Present** |
| **Rita Weingold**<br>**251 Richard Court**<br>**Pomona, NY 10970** | **2007 - Present** |
| **Ronald Williams**<br>**130 Belmont Street**<br>**Englewood, NJ 07631** | **2007 - Present** |

None ☒   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **See Question 19(a)** | |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Fifth Third Bank**<br>**250 West Main Street**<br>**Attn:  Mr. Chad Lashbrook**<br>**Lexington, KY 40507** | **As of December 31, 2007, as of December 31, 2008, as of June 30, 2009 and as of September 30, 2009.** |

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ahmed Zayat**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **Sole Member and Officer** | **100% (Limited Liability Company)** |

**22 . Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ahmed Zayat (Member)**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **Monthly Payroll - $54,166.67** | **$650,000.04** |
| **Ahmed Zayat (Member)**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **Net Withdrawals against Capital**<br>**(See attached Schedule 3 for detail)** | **$692,820.00** |
| **Sarah Amoyelle (Relative of Member)**<br>**c/o Zayat Stables LLC**<br>**401 Hackensack Avenue**<br>**Hackensack, NJ 07601** | **7/1/2009 Distribution** | **$2,500.00** |
| **Sarah Amoyelle (Relative of Member)**<br>**c/o Zayat Stables, LLC**<br>**401 Hackensack Avenue**<br>**Hackensack, NJ 07601** | **12/29/2009 Distribution** | **$10,000.00** |

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 17, 2010**                    Signature    /s/ Ahmed Zayat

                                                             **Ahmed Zayat**
                                                             **Sole Member and Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Schedule 2 - Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 11/10/2009 | 5908 | Adena Springs | -143,100.00 |
| | | | **Adena Springs Total** | **-143,100.00** |
| Bank of America | 01/22/2010 | 6107 | Agent for Service of Process in CA, Inc. | -100.00 |
| | | | **Agent for Service of Process in CA, Inc. Total** | **-100.00** |
| Bank of America | 12/04/2009 | 6015 | Alamo Pintado Equine Medical Center | -3,471.00 |
| | | | **Alamo Pintado Equine Medical Center Total** | **-3,471.00** |
| Bank of America | 11/13/2009 | TP11/13/09 | American Express | -2,973.46 |
| Bank of America | 12/15/2009 | TP12/15/09 | American Express | -60,374.07 |
| Bank of America | 01/13/2010 | TP01/13/10 | American Express | -3,120.44 |
| Bank of America | 02/02/2010 | TP02/02/10 | American Express | -45,429.38 |
| | | | **American Express Total** | **-111,897.35** |
| Bank of America | 02/01/2010 | WT02/01/10 | American Horse Transportation LLC | -1,231.00 |
| | | | **American Horse Transportation LLC Total** | **-1,231.00** |
| Bank of America | 12/04/2009 | 6016 | American Veterinary Services Inc. | -107.00 |
| Bank of America | 01/22/2010 | 6108 | American Veterinary Services Inc. | -107.00 |
| | | | **American Veterinary Services Inc. Total** | **-214.00** |
| Bank of America | 12/04/2009 | 6000 | Apollo Limousine Service | -2,304.90 |
| Bank of America | 01/06/2010 | 6092 | Apollo Limousine Service | -500.17 |
| Bank of America | 01/22/2010 | 6109 | Apollo Limousine Service | -1,320.90 |
| | | | **Apollo Limousine Service Total** | **-4,125.97** |
| Bank of America | 01/22/2010 | 6110 | Applebite Farms | -1,598.05 |
| | | | **Applebite Farms Total** | **-1,598.05** |
| Bank of America | 12/04/2009 | 6017 | April M. Reid, DVM | -85.00 |
| Bank of America | 01/22/2010 | 6111 | April M. Reid, DVM | -85.00 |
| | | | **April M. Reid, DVM Total** | **-170.00** |
| Bank of America | 12/04/2009 | 5974 | Asmussen Racing Stables | -1,760.00 |
| | | | **Asmussen Racing Stables Total** | **-1,760.00** |
| Bank of America | 11/30/2009 | | Bank of America | -25.10 |
| | | | **Bank of America Total** | **-25.10** |
| Bank of America | 11/17/2009 | WT11/17/09 | Bank Of America NA | -100,000.00 |
| Bank of America | 11/25/2009 | WT11/25/09 | Bank Of America NA | -200,000.00 |
| | | | **Bank Of America NA Total** | **-300,000.00** |
| Bank of America | 12/31/2009 | WT12/31/09 | Barclaycard | -24.66 |
| | | | **Barclaycard Total** | **-24.66** |
| Bank of America | 12/04/2009 | 6018 | Baronne Veterinary Clinic, Inc. | -2,925.50 |
| | | | **Baronne Veterinary Clinic, Inc. Total** | **-2,925.50** |
| Bank of America | 12/04/2009 | 5975 | Bliss Canyon Investments, Inc. | -3,997.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 01/22/2010 | 6112 | Bliss Canyon Investments, Inc. | -7,718.00 |
| | | | **Bliss Canyon Investments, Inc. Total** | **-11,715.00** |
| Bank of America | 12/04/2009 | 5976 | Bob Baffert Racing Stables, Inc. | -46,373.86 |
| Bank of America | 01/29/2010 | WT01/29/101 | Bob Baffert Racing Stables, Inc. | -45,000.00 |
| | | | **Bob Baffert Racing Stables, Inc. Total** | **-91,373.86** |
| Bank of America | 12/04/2009 | 6001 | Bob Coglianese Photos, Inc. | -428.00 |
| | | | **Bob Coglianese Photos, Inc. Total** | **-428.00** |
| Bank of America | 12/04/2009 | 6019 | Bob Hubbard Horse Transportation, Inc. | -1,056.00 |
| Bank of America | 01/25/2010 | 6127 | Bob Hubbard Horse Transportation, Inc. | -1,975.00 |
| | | | **Bob Hubbard Horse Transportation, Inc. Total** | **-3,031.00** |
| Bank of America | 12/04/2009 | 5977 | Bonnie Acres Ranch | -8,347.30 |
| Bank of America | 01/06/2010 | 6093 | Bonnie Acres Ranch | -6,597.90 |
| Bank of America | 01/22/2010 | 6113 | Bonnie Acres Ranch | -4,473.54 |
| | | | **Bonnie Acres Ranch Total** | **-19,418.74** |
| Bank of America | 12/04/2009 | 6020 | Boothwyn Pharmacy, Inc. | -7,440.00 |
| Bank of America | 01/25/2010 | 6128 | Boothwyn Pharmacy, Inc. | 0.00 |
| Bank of America | 01/26/2010 | 6211 | Boothwyn Pharmacy, Inc. | -6,740.00 |
| | | | **Boothwyn Pharmacy, Inc. Total** | **-14,180.00** |
| Bank of America | 01/22/2010 | 6114 | Brandli & Babcock, Inc. PS | -208.50 |
| | | | **Brandli & Babcock, Inc. PS Total** | **-208.50** |
| Bank of America | 11/16/2009 | 5968 | Brett St. Amand | -5,000.00 |
| Bank of America | 11/24/2009 | 5971 | Brett St. Amand | -610.99 |
| Bank of America | 12/04/2009 | 6075 | Brett St. Amand | -436.36 |
| Bank of America | 12/17/2009 | 6080 | Brett St. Amand | -1,000.00 |
| Bank of America | 01/25/2010 | 6126 | Brett St. Amand | -1,100.00 |
| | | | **Brett St. Amand Total** | **-8,147.35** |
| Bank of America | 12/04/2009 | 6002 | Brisnet.com | -150.00 |
| Bank of America | 01/22/2010 | 6115 | Brisnet.com | -150.00 |
| Bank of America | 01/25/2010 | 6204 | Brisnet.com | -300.00 |
| | | | **Brisnet.com Total** | **-600.00** |
| Bank of America | 11/05/2009 | 5902 | Brook Ledge Inc | -8,281.37 |
| Bank of America | 12/04/2009 | 6021 | Brook Ledge Inc | -15,085.62 |
| Bank of America | 02/02/2010 | WT02/02/10 | Brook Ledge Inc | -30,000.00 |
| | | | **Brook Ledge Inc Total** | **-53,366.99** |
| Bank of America | 12/03/2009 | TP12/03/09 | Business Card-Bank of America | -5,079.57 |
| Bank of America | 12/29/2009 | TP12/29/09 | Business Card-Bank of America | -2,157.95 |
| Bank of America | 01/22/2010 | TP01/22/10 | Business Card-Bank of America | -6,034.67 |
| | | | **Business Card-Bank of America Total** | **-13,272.19** |
| Bank of America | 12/04/2009 | 6003 | Cablevision Lightpath, Inc. | -844.59 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 01/06/2010 | 6094 | Cablevision Lightpath, Inc. | -839.35 |
| | | | **Cablevision Lightpath, Inc. Total** | -1,683.94 |
| Bank of America | 12/07/2009 | 6076 | Calvary Veterinary Ultrasound, PC | -235.00 |
| Bank of America | 01/22/2010 | 6116 | Calvary Veterinary Ultrasound, PC | -235.00 |
| | | | **Calvary Veterinary Ultrasound, PC Total** | -470.00 |
| Bank of America | 12/04/2009 | 6004 | Campbell Enterprises | -1,208.00 |
| | | | **Campbell Enterprises Total** | -1,208.00 |
| Bank of America | 01/22/2010 | 6117 | Cascade West Veterinary Hospital ,LLP | -136.60 |
| | | | **Cascade West Veterinary Hospital ,LLP Total** | -136.60 |
| Bank of America | 12/04/2009 | 6064 | CASH | -500.00 |
| Bank of America | 01/26/2010 | 6225 | CASH | -300.00 |
| | | | **CASH Total** | -800.00 |
| Bank of America | 12/04/2009 | 5978 | Chad Brown | -8,911.00 |
| Bank of America | 01/29/2010 | WT01/29/102 | Chad Brown | -10,000.00 |
| | | | **Chad Brown Total** | -18,911.00 |
| Bank of America | 11/10/2009 | 5909 | Churchill Downs Incporporated | -1,000.00 |
| | | | **Churchill Downs Incporporated Total** | -1,000.00 |
| Bank of America | 01/13/2010 | W/T011310 | Cole,Schotz,Meisel,Forman & Leonard,PA | -100,000.00 |
| Bank of America | 01/15/2010 | WT01/15/10 | Cole,Schotz,Meisel,Forman & Leonard,PA | -450,000.00 |
| Bank of America | 02/02/2010 | WT02/02/10 | Cole,Schotz,Meisel,Forman & Leonard,PA | -50,000.00 |
| | | | **Cole,Schotz,Meisel,Forman & Leonard,PA Total** | -600,000.00 |
| Bank of America | 12/04/2009 | 5979 | ColeBrook Farms | -8,797.41 |
| Bank of America | 01/06/2010 | 6095 | ColeBrook Farms | -4,032.00 |
| Bank of America | 01/22/2010 | 6118 | ColeBrook Farms | -4,194.75 |
| | | | **ColeBrook Farms Total** | -17,024.16 |
| Bank of America | 01/20/2010 | WT01/20/10 | Coolmore Stud | -22,753.33 |
| | | | **Coolmore Stud Total** | -22,753.33 |
| Bank of America | 01/22/2010 | 6119 | Corporation Service Company | -356.00 |
| | | | **Corporation Service Company Total** | -356.00 |
| Bank of America | 12/04/2009 | 6022 | Daryl G. Easley, DVM, PLLC | -421.84 |
| Bank of America | 01/25/2010 | 6129 | Daryl G. Easley, DVM, PLLC | -1,032.79 |
| | | | **Daryl G. Easley, DVM, PLLC Total** | -1,454.63 |
| Bank of America | 12/04/2009 | 6023 | David Chase Horse Transportation | -300.00 |
| Bank of America | 01/26/2010 | 6226 | David Chase Horse Transportation | -300.00 |
| | | | **David Chase Horse Transportation Total** | -600.00 |
| Bank of America | 12/04/2009 | 6005 | Deer Park | -38.82 |
| Bank of America | 01/06/2010 | 6096 | Deer Park | -30.33 |
| | | | **Deer Park Total** | -69.15 |
| Bank of America | 12/04/2009 | 6024 | Donald J. Baker, D.V.M., C.A. | -70.00 |

Zayat Stables, LLC
90 Day Payments
Nov. 5, 2009 - Feb. 3, 2010

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 01/22/2010 | 6120 | Donald J. Baker, D.V.M., C.A. | -70.00 |
| | | | **Donald J. Baker, D.V.M., C.A. Total** | **-140.00** |
| Bank of America | 01/25/2010 | 6130 | Dr William Isomoto | -596.80 |
| | | | **Dr William Isomoto Total** | **-596.80** |
| Bank of America | 12/04/2009 | 6025 | Dr. Michael E. Steppe & Associates | -2,445.00 |
| Bank of America | 01/25/2010 | 6131 | Dr. Michael E. Steppe & Associates | -589.50 |
| Bank of America | 01/25/2010 | 6205 | Dr. Michael E. Steppe & Associates | 0.00 |
| | | | **Dr. Michael E. Steppe & Associates Total** | **-3,034.50** |
| Bank of America | 12/04/2009 | 5980 | Dutrow Thoroughbred Enterprises, Inc. | -21,655.00 |
| Bank of America | 01/29/2010 | WT01/29/103 | Dutrow Thoroughbred Enterprises, Inc. | -20,000.00 |
| | | | **Dutrow Thoroughbred Enterprises, Inc. Total** | **-41,655.00** |
| Bank of America | 12/04/2009 | 6026 | Eastern Thouroughbred Racing Assoc. | -40.00 |
| Bank of America | 01/25/2010 | 6132 | Eastern Thouroughbred Racing Assoc. | -154.00 |
| | | | **Eastern Thouroughbred Racing Assoc. Total** | **-194.00** |
| Bank of America | 12/04/2009 | 5981 | Eaton Farm | -671.36 |
| | | | **Eaton Farm Total** | **-671.36** |
| Bank of America | 01/25/2010 | 6206 | Eaton Sales, LLC | -36,432.57 |
| | | | **Eaton Sales, LLC Total** | **-36,432.57** |
| Bank of America | 12/04/2009 | 5982 | EQB | -12,936.90 |
| Bank of America | 01/06/2010 | 6097 | EQB | -8,173.94 |
| Bank of America | 01/22/2010 | 6121 | EQB | -7,375.58 |
| | | | **EQB Total** | **-28,486.42** |
| Bank of America | 11/10/2009 | 5910 | Equine Medical and Surgical Group | -35,777.50 |
| Bank of America | 12/04/2009 | 6028 | Equine Medical and Surgical Group | -15,832.61 |
| Bank of America | 01/25/2010 | 6134 | Equine Medical and Surgical Group | -15,832.61 |
| | | | **Equine Medical and Surgical Group Total** | **-67,442.72** |
| Bank of America | 11/10/2009 | 5911 | Equine Medical Center (CA) | -24,821.12 |
| Bank of America | 12/04/2009 | 6029 | Equine Medical Center (CA) | -6,435.69 |
| Bank of America | 01/25/2010 | 6135 | Equine Medical Center (CA) | -5,825.46 |
| | | | **Equine Medical Center (CA) Total** | **-37,082.27** |
| Bank of America | 12/04/2009 | 6030 | Equine Medical Center of Ocala, FL | -92.75 |
| Bank of America | 01/25/2010 | 6136 | Equine Medical Center of Ocala, FL | -298.00 |
| | | | **Equine Medical Center of Ocala, FL Total** | **-390.75** |
| Bank of America | 11/10/2009 | 5912 | Equine Medicine & Surgery | -8,885.90 |
| Bank of America | 12/04/2009 | 6031 | Equine Medicine & Surgery | -8,249.12 |
| Bank of America | 01/25/2010 | 6137 | Equine Medicine & Surgery | -10,264.80 |
| | | | **Equine Medicine & Surgery Total** | **-27,399.82** |
| Bank of America | 11/10/2009 | 5913 | Equine Therapy 502 Inc. | -420.00 |
| Bank of America | 01/25/2010 | 6138 | Equine Therapy 502 Inc. | 0.00 |

Zayat Stables, LLC
90 Day Payments
Nov. 5, 2009 - Feb. 3, 2010

| Bank | Date | Num | Name | Amount |
|---|---|---|---|---|
| Bank of America | 01/26/2010 | 6212 | Equine Therapy 502 Inc. | -1,540.00 |
| | | | **Equine Therapy 502 Inc. Total** | -1,960.00 |
| Bank of America | 01/25/2010 | 6139 | Equine Veterinary Associates | -187.00 |
| | | | **Equine Veterinary Associates Total** | -187.00 |
| Bank of America | 11/10/2009 | 5917 | Equine Veterinary Practice, LLC | -944.00 |
| | | | **Equine Veterinary Practice, LLC Total** | -944.00 |
| Bank of America | 11/10/2009 | 5914 | Equine Veterinary Service | -130.00 |
| | | | **Equine Veterinary Service Total** | -130.00 |
| Bank of America | 12/04/2009 | 6006 | Equi-Photo, Inc | -525.00 |
| | | | **Equi-Photo, Inc Total** | -525.00 |
| Bank of America | 12/04/2009 | 6027 | Equi-Vet., LLC | -506.00 |
| Bank of America | 01/25/2010 | 6210 | Equi-Vet., LLC | -1,938.50 |
| Bank of America | 01/25/2010 | 6133 | Equi-Vet., LLC | -506.00 |
| | | | **Equi-Vet., LLC Total** | -2,950.50 |
| Bank of America | 11/10/2009 | 5915 | F.P. Sprinkle MS DVM PSC | -23.50 |
| | | | **F.P. Sprinkle MS DVM PSC Total** | -23.50 |
| Cash/Fifth Third Bank | 11/12/2009 | DM11/12/09 | Fifth Third Bank | -169.39 |
| Cash/Fifth Third Bank | 11/16/2009 | DM11/16/09 | Fifth Third Bank | -1,300,000.00 |
| Cash/Fifth Third Bank - Savings | 11/30/2009 | DM11/12/09 | Fifth Third Bank | -18.33 |
| Cash/Fifth Third Bank | 11/13/2009 | | Fifth Third Bank | -1,950,000.00 |
| | | | **Fifth Third Bank Total** | -3,250,187.72 |
| Bank of America | 11/10/2009 | 5916 | Finchville Animal Hospital, PLLC | -165.00 |
| Bank of America | 01/25/2010 | 6140 | Finchville Animal Hospital, PLLC | -197.00 |
| | | | **Finchville Animal Hospital, PLLC Total** | -362.00 |
| Bank of America | 01/25/2010 | 6141 | FloridaThouroughbredBreeders'&OwnersAssoc | -50.00 |
| | | | **FloridaThouroughbredBreeders'&OwnersAssoc Total** | -50.00 |
| Bank of America | 01/12/2010 | 6104 | Frost Brown Todd, LLC | -35,000.00 |
| | | | **Frost Brown Todd, LLC Total** | -35,000.00 |
| Bank of America | 11/10/2009 | 5918 | Gilman & Associates DVM's PC | -4,507.04 |
| Bank of America | 12/04/2009 | 6032 | Gilman & Associates DVM's PC | -1,671.70 |
| Bank of America | 01/25/2010 | 6207 | Gilman & Associates DVM's PC | -1,671.70 |
| | | | **Gilman & Associates DVM's PC Total** | -7,850.44 |
| Bank of America | 01/25/2010 | 6201 | Gregory J. Bennett, D.V.M | -370.00 |
| | | | **Gregory J. Bennett, D.V.M Total** | -370.00 |
| Bank of America | 12/01/2009 | 5972 | Guardian | -573.24 |
| Bank of America | 12/18/2009 | 6084 | Guardian | -573.24 |
| Bank of America | 01/22/2010 | 6122 | Guardian | -573.24 |
| | | | **Guardian Total** | -1,719.72 |
| Bank of America | 12/04/2009 | 6007 | Gulfstream Travel | -1,640.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | Gulfstream Travel Total | -1,640.00 |
| Bank of America | 11/05/2009 | 5903 | H.E. Sutton Forwarding Co., LLC | -36,754.17 |
| Bank of America | 12/04/2009 | 6033 | H.E. Sutton Forwarding Co., LLC | -28,827.75 |
| Bank of America | 01/25/2010 | 6142 | H.E. Sutton Forwarding Co., LLC | 0.00 |
| Bank of America | 01/26/2010 | 6213 | H.E. Sutton Forwarding Co., LLC | -39,219.00 |
| | | | **H.E. Sutton Forwarding Co., LLC Total** | **-104,800.92** |
| Bank of America | 11/10/2009 | 5919 | Hagyard Equine Medical Institute | -59.00 |
| Bank of America | 12/04/2009 | 6034 | Hagyard Equine Medical Institute | -11.50 |
| Bank of America | 01/25/2010 | 6143 | Hagyard Equine Medical Institute | -11.50 |
| | | | **Hagyard Equine Medical Institute Total** | **-82.00** |
| Bank of America | 12/01/2009 | 5973 | Health Net Life Insurance Co. | -7,409.63 |
| Bank of America | 12/18/2009 | 6085 | Health Net Life Insurance Co. | -7,408.92 |
| Bank of America | 01/22/2010 | 6123 | Health Net Life Insurance Co. | -7,408.92 |
| | | | **Health Net Life Insurance Co. Total** | **-22,227.47** |
| Bank of America | 12/04/2009 | 5983 | Hill 'N' Dale Farm -  KY | -5,981.40 |
| Bank of America | 01/25/2010 | 6144 | Hill 'N' Dale Farm -  KY | 0.00 |
| Bank of America | 01/26/2010 | 6214 | Hill 'N' Dale Farm -  KY | -5,540.00 |
| | | | **Hill 'N' Dale Farm -  KY Total** | **-11,521.40** |
| Bank of America | 12/04/2009 | 5984 | Hill 'N' Dale Farms-CAN | -6,033.11 |
| Bank of America | 01/25/2010 | 6145 | Hill 'N' Dale Farms-CAN | -8,141.22 |
| | | | **Hill 'N' Dale Farms-CAN Total** | **-14,174.33** |
| Bank of America | 11/10/2009 | 5920 | Honor Roll Racing | -1,275.36 |
| | | | **Honor Roll Racing Total** | **-1,275.36** |
| Bank of America | 12/17/2009 | 6081 | Indiana Stallion Station LLC | -1,200.00 |
| Bank of America | 01/25/2010 | 6146 | Indiana Stallion Station LLC | -1,200.00 |
| | | | **Indiana Stallion Station LLC Total** | **-2,400.00** |
| Bank of America | 12/04/2009 | 6035 | Infield Equine | -247.51 |
| Bank of America | 01/25/2010 | 6147 | Infield Equine | -344.89 |
| | | | **Infield Equine Total** | **-592.40** |
| Bank of America | 11/10/2009 | 5921 | International Horse Transport Ltd. | -152.26 |
| Bank of America | 12/04/2009 | 6036 | International Horse Transport Ltd. | -3,088.00 |
| Bank of America | 01/25/2010 | 6209 | International Horse Transport Ltd. | -4,704.00 |
| | | | **International Horse Transport Ltd. Total** | **-7,944.26** |
| Bank of America | 11/10/2009 | 5922 | J.C. Prendergast, DVM | -285.33 |
| Bank of America | 12/04/2009 | 6037 | J.C. Prendergast, DVM | -32.66 |
| Bank of America | 01/25/2010 | 6148 | J.C. Prendergast, DVM | -32.66 |
| | | | **J.C. Prendergast, DVM Total** | **-350.65** |
| Bank of America | 01/15/2010 | WT01/15/10 | J.H. Cohn LLP | -100,000.00 |
| Bank of America | 02/02/2010 | WT02/02/10 | J.H. Cohn LLP | -50,000.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | J.H. Cohn LLP Total | -150,000.00 |
| Bank of America | 11/10/2009 | 5923 | James C. Hunt, Jr., DVM & Assocs. PC | -13,755.82 |
| Bank of America | 12/04/2009 | 6038 | James C. Hunt, Jr., DVM & Assocs. PC | -24,112.00 |
| Bank of America | 02/02/2010 | WT02/02/10 | James C. Hunt, Jr., DVM & Assocs. PC | -20,000.00 |
| | | | **James C. Hunt, Jr., DVM & Assocs. PC Total** | -57,867.82 |
| Bank of America | 11/10/2009 | 5924 | James D. Kenney  D.V.M | -500.00 |
| Bank of America | 12/04/2009 | 6039 | James D. Kenney  D.V.M | -200.00 |
| Bank of America | 01/25/2010 | 6149 | James D. Kenney  D.V.M | 0.00 |
| Bank of America | 01/26/2010 | 6215 | James D. Kenney  D.V.M | -600.00 |
| | | | **James D. Kenney  D.V.M Total** | -1,300.00 |
| Bank of America | 12/04/2009 | 6008 | Javier Castellano | -505.00 |
| | | | **Javier Castellano Total** | -505.00 |
| Bank of America | 12/04/2009 | 6009 | Jim Lisa Photos, Inc. | -100.00 |
| Bank of America | 01/25/2010 | 6150 | Jim Lisa Photos, Inc. | -100.00 |
| | | | **Jim Lisa Photos, Inc. Total** | -200.00 |
| Bank of America | 11/10/2009 | 5925 | Joanie Field Horse Transportation | -75.00 |
| Bank of America | 01/25/2010 | 6151 | Joanie Field Horse Transportation | -175.00 |
| | | | **Joanie Field Horse Transportation Total** | -250.00 |
| Bank of America | 12/11/2009 | WT12/11/09 | Joey Bodner | -462,637.50 |
| | | | **Joey Bodner Total** | -462,637.50 |
| Bank of America | 11/10/2009 | 5926 | John C. Murphy D.V.M. | -340.00 |
| Bank of America | 12/04/2009 | 6040 | John C. Murphy D.V.M. | -209.00 |
| Bank of America | 01/25/2010 | 6152 | John C. Murphy D.V.M. | -555.00 |
| | | | **John C. Murphy D.V.M. Total** | -1,104.00 |
| Bank of America | 11/10/2009 | 5927 | Joseph F. Migliacci, DVM, PA | -7,635.00 |
| Bank of America | 12/04/2009 | 6041 | Joseph F. Migliacci, DVM, PA | -2,640.50 |
| Bank of America | 01/25/2010 | 6153 | Joseph F. Migliacci, DVM, PA | 0.00 |
| Bank of America | 01/26/2010 | 6216 | Joseph F. Migliacci, DVM, PA | -6,697.65 |
| | | | **Joseph F. Migliacci, DVM, PA Total** | -16,973.15 |
| Bank of America | 11/10/2009 | 5928 | Juan Carlos Sambrano | -440.00 |
| Bank of America | 12/04/2009 | 6042 | Juan Carlos Sambrano | -420.00 |
| Bank of America | 01/25/2010 | 6154 | Juan Carlos Sambrano | -930.00 |
| | | | **Juan Carlos Sambrano Total** | -1,790.00 |
| Bank of America | 11/10/2009 | 5929 | Katherine A. Stewart, DVM Inc. | -3,923.65 |
| Bank of America | 12/04/2009 | 6043 | Katherine A. Stewart, DVM Inc. | -1,949.16 |
| Bank of America | 01/22/2010 | 6125 | Katherine A. Stewart, DVM Inc. | -3,988.58 |
| | | | **Katherine A. Stewart, DVM Inc. Total** | -9,861.39 |
| Bank of America | 11/10/2009 | 5930 | KC Horse Transport (Calif) | -265.00 |
| Bank of America | 01/25/2010 | 6155 | KC Horse Transport (Calif) | -305.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | **KC Horse Transport (Calif) Total** | -570.00 |
| Bank of America | 11/10/2009 | 5931 | KDS Horse Transportation | -2,430.00 |
| Bank of America | 12/04/2009 | 6044 | KDS Horse Transportation | 0.00 |
| Bank of America | 12/07/2009 | 6077 | KDS Horse Transportation | -3,016.00 |
| Bank of America | 01/25/2010 | 6208 | KDS Horse Transportation | -7,094.00 |
| Bank of America | 01/25/2010 | 6156 | KDS Horse Transportation | -4,255.00 |
| | | | **KDS Horse Transportation Total** | -16,795.00 |
| Bank of America | 12/04/2009 | 6045 | Keeneland Association, Inc. | -45.00 |
| | | | **Keeneland Association, Inc. Total** | -45.00 |
| Bank of America | 12/04/2009 | 6010 | Kentucky Thoroughbred Assoc, Inc. | -100.00 |
| | | | **Kentucky Thoroughbred Assoc, Inc. Total** | -100.00 |
| Bank of America | 12/04/2009 | 5985 | Kirk Horse Insurance, LLC | 0.00 |
| Bank of America | 12/24/2009 | 6088 | Kirk Horse Insurance, LLC | -174,841.00 |
| | | | **Kirk Horse Insurance, LLC Total** | -174,841.00 |
| Bank of America | 11/10/2009 | 5932 | Kurn Horse Transport, Inc. | -650.00 |
| | | | **Kurn Horse Transport, Inc. Total** | -650.00 |
| Bank of America | 11/10/2009 | 5933 | LaCroix Rehab / Lay Up, LLC | -462.50 |
| Bank of America | 12/04/2009 | 6046 | LaCroix Rehab / Lay Up, LLC | -380.00 |
| Bank of America | 01/25/2010 | 6157 | LaCroix Rehab / Lay Up, LLC | -380.00 |
| | | | **LaCroix Rehab / Lay Up, LLC Total** | -1,222.50 |
| Bank of America | 11/10/2009 | 5934 | Liam P. Clerkin | -39.75 |
| Bank of America | 12/04/2009 | 6047 | Liam P. Clerkin | -72.75 |
| Bank of America | 01/25/2010 | 6158 | Liam P. Clerkin | -515.75 |
| | | | **Liam P. Clerkin Total** | -628.25 |
| Bank of America | 11/10/2009 | 5935 | Linda Nalls, RN,ESMT | -75.00 |
| | | | **Linda Nalls, RN,ESMT Total** | -75.00 |
| Bank of America | 12/04/2009 | 5986 | M.C. Sedlacek Racing Stable | -2,207.00 |
| Bank of America | 01/29/2010 | WT01/29/106 | M.C. Sedlacek Racing Stable | -8,000.00 |
| | | | **M.C. Sedlacek Racing Stable Total** | -10,207.00 |
| Bank of America | 11/10/2009 | 5936 | M.W. Cheney D.V.M.,PA | -3,445.00 |
| Bank of America | 01/25/2010 | 6159 | M.W. Cheney D.V.M.,PA | -350.00 |
| | | | **M.W. Cheney D.V.M.,PA Total** | -3,795.00 |
| Bank of America | 12/04/2009 | 6048 | Maria L. Lewis, V.M.D. | -225.00 |
| Bank of America | 01/25/2010 | 6160 | Maria L. Lewis, V.M.D. | -225.00 |
| | | | **Maria L. Lewis, V.M.D. Total** | -450.00 |
| Bank of America | 11/10/2009 | 5937 | Marvin J. Cain DVM | -455.00 |
| Bank of America | 01/25/2010 | 6161 | Marvin J. Cain DVM | -65.00 |
| | | | **Marvin J. Cain DVM Total** | -520.00 |
| Bank of America | 11/10/2009 | 5938 | Maryland Veterinary Group, LLC | -142.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | **Maryland Veterinary Group, LLC Total** | -142.00 |
| Bank of America | 11/19/2009 | 5969 | McKathan Bros. Training Center | -77,030.00 |
| Bank of America | 12/21/2009 | 6087 | McKathan Bros. Training Center | -73,475.00 |
| Bank of America | 01/21/2010 | 6106 | McKathan Bros. Training Center | -79,060.00 |
| | | | **McKathan Bros. Training Center Total** | -229,565.00 |
| Bank of America | 11/10/2009 | 5940 | McMartin and Associates | -7,789.05 |
| Bank of America | 12/04/2009 | 6049 | McMartin and Associates | -5,682.82 |
| Bank of America | 01/25/2010 | 6162 | McMartin and Associates | -5,682.82 |
| | | | **McMartin and Associates Total** | -19,154.69 |
| Bank of America | 11/10/2009 | 5939 | Melinda J. Blue D.V.M;MS,Inc | -14,422.18 |
| Bank of America | 12/04/2009 | 6050 | Melinda J. Blue D.V.M;MS,Inc | -2,194.62 |
| Bank of America | 01/25/2010 | 6163 | Melinda J. Blue D.V.M;MS,Inc | -2,457.12 |
| | | | **Melinda J. Blue D.V.M;MS,Inc Total** | -19,073.92 |
| Bank of America | 01/29/2010 | WT01/29/104 | Michael Chambers Racing Stables, Inc. | -3,125.00 |
| | | | **Michael Chambers Racing Stables, Inc. Total** | -3,125.00 |
| Bank of America | 12/04/2009 | 5987 | Mike R. Mitchell Racing Stable | -35,649.00 |
| Bank of America | 01/06/2010 | 6098 | Mike R. Mitchell Racing Stable | -43,520.90 |
| Bank of America | 01/29/2010 | WT01/29/105 | Mike R. Mitchell Racing Stable | -50,000.00 |
| | | | **Mike R. Mitchell Racing Stable Total** | -129,169.90 |
| Bank of America | 12/04/2009 | 5988 | Mott Thoroughbred Stable | 0.00 |
| | | | **Mott Thoroughbred Stable Total** | 0.00 |
| Bank of America | 12/04/2009 | 6011 | MSNW Continental Associates LLC | -11,024.63 |
| Bank of America | 12/18/2009 | 6086 | MSNW Continental Associates LLC | -10,935.93 |
| Bank of America | 01/22/2010 | 6124 | MSNW Continental Associates LLC | -10,935.93 |
| | | | **MSNW Continental Associates LLC Total** | -32,896.49 |
| Bank of America | 01/25/2010 | 6164 | Nan Miller | -100.00 |
| | | | **Nan Miller Total** | -100.00 |
| Bank of America | 11/10/2009 | 5941 | Nancy A Buonpane, D.V.M. | -405.00 |
| Bank of America | 01/25/2010 | 6165 | Nancy A Buonpane, D.V.M. | -135.00 |
| | | | **Nancy A Buonpane, D.V.M. Total** | -540.00 |
| Bank of America | 01/25/2010 | 6166 | New Jersey Equine Clinic | -1,925.00 |
| | | | **New Jersey Equine Clinic Total** | -1,925.00 |
| Bank of America | 12/04/2009 | 5989 | Nicholas P. Zito Racing Stables, Inc. | -35,774.00 |
| Bank of America | 01/06/2010 | 6099 | Nicholas P. Zito Racing Stables, Inc. | -41,273.00 |
| Bank of America | 01/29/2010 | WT01/29/107 | Nicholas P. Zito Racing Stables, Inc. | -45,000.00 |
| | | | **Nicholas P. Zito Racing Stables, Inc. Total** | -122,047.00 |
| Bank of America | 11/20/2009 | 5970 | NJAW | -25,000.00 |
| Bank of America | 12/30/2009 | 6089 | NJAW | -25,000.00 |
| | | | **NJAW Total** | -50,000.00 |

**Zayat Stables, LLC**
**90 Day Payments**
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 01/06/2010 | 6100 | Noah's Ark | -76.06 |
| | | | **Noah's Ark Total** | **-76.06** |
| Bank of America | 11/10/2009 | 5942 | North Atlantic Equine Associates, PA | -602.00 |
| Bank of America | 12/04/2009 | 6051 | North Atlantic Equine Associates, PA | -23.36 |
| Bank of America | 01/25/2010 | 6167 | North Atlantic Equine Associates, PA | -118.36 |
| | | | **North Atlantic Equine Associates, PA Total** | **-743.72** |
| Bank of America | 12/04/2009 | 6052 | Northwest Racing Associates | -500.00 |
| Bank of America | 01/25/2010 | 6168 | Northwest Racing Associates | -500.00 |
| | | | **Northwest Racing Associates Total** | **-1,000.00** |
| Bank of America | 11/10/2009 | 5943 | O'Brien Veterinary Hospital | -20.00 |
| | | | **O'Brien Veterinary Hospital Total** | **-20.00** |
| Bank of America | 12/04/2009 | 6053 | Ocala Equine Hospital, P.A. | -72.00 |
| Bank of America | 01/25/2010 | 6169 | Ocala Equine Hospital, P.A. | -72.00 |
| | | | **Ocala Equine Hospital, P.A. Total** | **-144.00** |
| Bank of America | 12/04/2009 | 6012 | Office Concepts Group | -186.20 |
| Bank of America | 01/06/2010 | 6101 | Office Concepts Group | -35.30 |
| | | | **Office Concepts Group Total** | **-221.50** |
| Bank of America | 12/02/2009 | WT12/02/09 | Over View Farm | -7,252.00 |
| Bank of America | 12/30/2009 | WT12/30/09 | Over View Farm | -6,287.00 |
| Bank of America | 01/25/2010 | WT01/25/10 | Over View Farm | -4,830.00 |
| | | | **Over View Farm Total** | **-18,369.00** |
| Bank of America | 11/27/2009 | PR12/01/091 | PayServ Corporation | -60,724.25 |
| Bank of America | 11/27/2009 | PR12/01/092 | PayServ Corporation | -2,017.16 |
| Bank of America | 12/29/2009 | PR12/31/091 | PayServ Corporation | -60,657.88 |
| Bank of America | 12/29/2009 | PR12/31/092 | PayServ Corporation | -2,028.34 |
| Bank of America | 01/28/2010 | PR02/01/101 | PayServ Corporation | -67,496.70 |
| Bank of America | 01/28/2010 | PR02/01/102 | PayServ Corporation | -1,759.43 |
| | | | **PayServ Corporation Total** | **-194,683.76** |
| Bank of America | 12/04/2009 | 5990 | Payton Traning Center | -5,166.00 |
| Bank of America | 01/25/2010 | 6170 | Payton Traning Center | 0.00 |
| Bank of America | 01/26/2010 | 6217 | Payton Traning Center | -4,075.00 |
| | | | **Payton Traning Center Total** | **-9,241.00** |
| Bank of America | 11/10/2009 | 5944 | Pegasoos, Inc | -980.00 |
| Bank of America | 12/04/2009 | 6054 | Pegasoos, Inc | -910.00 |
| Bank of America | 01/25/2010 | 6171 | Pegasoos, Inc | 0.00 |
| Bank of America | 01/26/2010 | 6218 | Pegasoos, Inc | -910.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | Pegasoos, Inc Total | -2,800.00 |
| Bank of America | 12/04/2009 | 6055 | Perfecting Fluid Motion LLC | -110.00 |
| Bank of America | 01/25/2010 | 6172 | Perfecting Fluid Motion LLC | -330.00 |
| | | | **Perfecting Fluid Motion LLC Total** | **-440.00** |
| Bank of America | 11/10/2009 | 5945 | Peter Blauner, V.M.D , P.C. | -1,550.00 |
| | | | **Peter Blauner, V.M.D , P.C. Total** | **-1,550.00** |
| Bank of America | 11/10/2009 | 5946 | Peterson & Smith Equine Hospital | -276.25 |
| Bank of America | 12/04/2009 | 6056 | Peterson & Smith Equine Hospital | -4,690.80 |
| Bank of America | 01/25/2010 | 6202 | Peterson & Smith Equine Hospital | 0.00 |
| Bank of America | 01/26/2010 | 6219 | Peterson & Smith Equine Hospital | -4,690.80 |
| | | | **Peterson & Smith Equine Hospital Total** | **-9,657.85** |
| Bank of America | 11/10/2009 | 5947 | Phil Tripp, DVM | -247.00 |
| Bank of America | 12/04/2009 | 6057 | Phil Tripp, DVM | -2,700.50 |
| Bank of America | 01/25/2010 | 6173 | Phil Tripp, DVM | -2,700.50 |
| | | | **Phil Tripp, DVM Total** | **-5,648.00** |
| Bank of America | 11/10/2009 | 5948 | PS Horse Transportation, Inc | -3,000.00 |
| Bank of America | 12/04/2009 | 6058 | PS Horse Transportation, Inc | -2,250.00 |
| Bank of America | 01/25/2010 | 6174 | PS Horse Transportation, Inc | -2,250.00 |
| | | | **PS Horse Transportation, Inc Total** | **-7,500.00** |
| Bank of America | 11/10/2009 | 5949 | R. Andrews, VMD, PC | -1,299.00 |
| Bank of America | 12/04/2009 | 6059 | R. Andrews, VMD, PC | -766.00 |
| Bank of America | 01/25/2010 | 6175 | R. Andrews, VMD, PC | -1,663.50 |
| | | | **R. Andrews, VMD, PC Total** | **-3,728.50** |
| Bank of America | 11/10/2009 | 5950 | R.A. Fischer, D.V.M. | -1,905.50 |
| Bank of America | 12/04/2009 | 6060 | R.A. Fischer, D.V.M. | -436.00 |
| Bank of America | 01/25/2010 | 6176 | R.A. Fischer, D.V.M. | -2,076.40 |
| | | | **R.A. Fischer, D.V.M. Total** | **-4,417.90** |
| Bank of America | 01/25/2010 | 6177 | Race For Education, Inc. | -550.00 |
| | | | **Race For Education, Inc. Total** | **-550.00** |
| Bank of America | 12/04/2009 | 6061 | Racehorse Transportation, Inc. | -239.00 |
| Bank of America | 01/25/2010 | 6178 | Racehorse Transportation, Inc. | -239.00 |
| | | | **Racehorse Transportation, Inc. Total** | **-478.00** |
| Bank of America | 01/25/2010 | 6179 | Ranch Runners Ltd. Inc. | -590.00 |
| | | | **Ranch Runners Ltd. Inc. Total** | **-590.00** |
| Bank of America | 11/10/2009 | 5951 | Renee D. Nodine, VMD | -1,668.00 |
| Bank of America | 12/04/2009 | 6062 | Renee D. Nodine, VMD | -767.00 |
| Bank of America | 01/25/2010 | 6180 | Renee D. Nodine, VMD | 0.00 |
| Bank of America | 01/26/2010 | 6220 | Renee D. Nodine, VMD | -940.00 |
| | | | **Renee D. Nodine, VMD Total** | **-3,375.00** |

**Zayat Stables, LLC**
**90 Day Payments**
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 12/11/2009 | 6078 | Rita Weingold | -1,000.00 |
| Bank of America | 12/18/2009 | 6082 | Rita Weingold | -11,567.25 |
| Bank of America | 01/04/2010 | 6090 | Rita Weingold | -9,500.00 |
| | | | **Rita Weingold Total** | **-22,067.25** |
| Bank of America | 12/04/2009 | 5991 | Robert Scanlon Training Center, Inc. | -1,197.50 |
| Bank of America | 01/25/2010 | 6181 | Robert Scanlon Training Center, Inc. | -2,260.00 |
| | | | **Robert Scanlon Training Center, Inc. Total** | **-3,457.50** |
| Bank of America | 01/25/2010 | 6182 | Roger B. Clymans, V.M.D., P.C. | -282.00 |
| | | | **Roger B. Clymans, V.M.D., P.C. Total** | **-282.00** |
| Bank of America | 12/18/2009 | 6083 | Ronald Williams | -4,034.32 |
| Bank of America | 01/04/2010 | 6091 | Ronald Williams | -9,500.00 |
| | | | **Ronald Williams Total** | **-13,534.32** |
| Bank of America | 11/05/2009 | 5904 | Rood & Riddle Equine Hospital | -8,256.03 |
| Bank of America | 12/04/2009 | 6063 | Rood & Riddle Equine Hospital | -3,433.50 |
| | | | **Rood & Riddle Equine Hospital Total** | **-11,689.53** |
| Bank of America | 11/10/2009 | 5952 | Ross A. Fischer,M DVM | -85.00 |
| Bank of America | 01/25/2010 | 6183 | Ross A. Fischer,M DVM | -105.00 |
| | | | **Ross A. Fischer,M DVM Total** | **-190.00** |
| Bank of America | 11/05/2009 | 5905 | Sallee Horse Vans, Inc. | -14,697.65 |
| Bank of America | 12/04/2009 | 6065 | Sallee Horse Vans, Inc. | -10,457.86 |
| Bank of America | 01/22/2010 | WT01/22/10 | Sallee Horse Vans, Inc. | -20,967.54 |
| | | | **Sallee Horse Vans, Inc. Total** | **-46,123.05** |
| Bank of America | 11/10/2009 | 5953 | San Francisco Equine Inc. | -661.70 |
| Bank of America | 12/04/2009 | 6066 | San Francisco Equine Inc. | -482.00 |
| Bank of America | 01/25/2010 | 6184 | San Francisco Equine Inc. | -1,265.58 |
| | | | **San Francisco Equine Inc. Total** | **-2,409.28** |
| Bank of America | 12/29/2009 | WT12/29/09 | Sarah Amoyelle | -10,000.00 |
| | | | **Sarah Amoyelle Total** | **-10,000.00** |
| Bank of America | 01/25/2010 | 6185 | Sorum Veterinary Services Inc. | -564.00 |
| | | | **Sorum Veterinary Services Inc. Total** | **-564.00** |
| Bank of America | 11/10/2009 | 5954 | Southern California Equine Foundation, In | -789.89 |
| | | | **Southern California Equine Foundation, In Total** | **-789.89** |
| Bank of America | 11/10/2009 | 5955 | Stephen Carr, D.V.M. | -84.00 |
| Bank of America | 12/04/2009 | 6067 | Stephen Carr, D.V.M. | -2,039.00 |
| Bank of America | 01/25/2010 | 6186 | Stephen Carr, D.V.M. | -2,640.00 |
| | | | **Stephen Carr, D.V.M. Total** | **-4,763.00** |
| Bank of America | 11/05/2009 | 5907 | Stephen J. Selway, D.V.M. Inc. | -43,409.92 |
| Bank of America | 11/05/2009 | 5906 | Stephen J. Selway, D.V.M. Inc. | -13,056.00 |
| Bank of America | 01/25/2010 | 6187 | Stephen J. Selway, D.V.M. Inc. | -12,056.00 |

Zayat Stables, LLC
90 Day Payments
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| | | | Stephen J. Selway, D.V.M. Inc. Total | -68,521.92 |
| Bank of America | 12/04/2009 | 5992 | Steve Asmussen Racing Stable | -83,530.83 |
| Bank of America | 01/29/2010 | WT01/29/108 | Steve Asmussen Racing Stable | -160,000.00 |
| | | | **Steve Asmussen Racing Stable Total** | **-243,530.83** |
| Bank of America | 12/04/2009 | 5993 | Steve Miyadi Racing | -15,895.00 |
| Bank of America | 01/29/2010 | WT01/29/109 | Steve Miyadi Racing | -15,000.00 |
| | | | **Steve Miyadi Racing Total** | **-30,895.00** |
| Bank of America | 11/10/2009 | 5956 | Stites & Harbison PLLC | -18,863.60 |
| Bank of America | 12/04/2009 | 6068 | Stites & Harbison PLLC | -11,029.40 |
| Bank of America | 01/25/2010 | 6188 | Stites & Harbison PLLC | -11,029.40 |
| | | | **Stites & Harbison PLLC Total** | **-40,922.40** |
| Bank of America | 12/04/2009 | 5994 | Stockplace | -36,530.00 |
| Bank of America | 01/25/2010 | 6189 | Stockplace | -30,612.50 |
| | | | **Stockplace Total** | **-67,142.50** |
| Bank of America | 12/04/2009 | 5995 | Taylor Made Sales Agency | -3,095.00 |
| | | | **Taylor Made Sales Agency Total** | **-3,095.00** |
| Bank of America | 11/10/2009 | 5957 | Teigland, Franklin & Brokken, D.V.M.'S PA | -9,397.50 |
| Bank of America | 12/04/2009 | 6069 | Teigland, Franklin & Brokken, D.V.M.'S PA | -6,149.05 |
| Bank of America | 01/25/2010 | 6190 | Teigland, Franklin & Brokken, D.V.M.'S PA | 0.00 |
| Bank of America | 01/26/2010 | 6221 | Teigland, Franklin & Brokken, D.V.M.'S PA | -8,163.55 |
| | | | **Teigland, Franklin & Brokken, D.V.M.'S PA Total** | **-23,710.10** |
| Bank of America | 12/04/2009 | 6070 | The Belmont Veterinary Group Inc. | -1,815.00 |
| Bank of America | 01/25/2010 | 6191 | The Belmont Veterinary Group Inc. | 0.00 |
| Bank of America | 01/26/2010 | 6222 | The Belmont Veterinary Group Inc. | -1,815.00 |
| | | | **The Belmont Veterinary Group Inc. Total** | **-3,630.00** |
| Bank of America | 01/25/2010 | 6203 | The Canadian Thoroughbred Horse Society | -105.00 |
| Bank of America | 01/26/2010 | 6223 | The Canadian Thoroughbred Horse Society | -420.00 |
| | | | **The Canadian Thoroughbred Horse Society Total** | **-525.00** |
| Bank of America | 12/04/2009 | 6013 | The Green Group | -1,505.00 |
| Bank of America | 01/25/2010 | 6192 | The Green Group | -4,945.00 |
| | | | **The Green Group Total** | **-6,450.00** |
| Bank of America | 11/16/2009 | 5965 | The Jockey Club | -100.00 |
| | | | **The Jockey Club Total** | **-100.00** |
| Bank of America | 11/10/2009 | 5958 | Thoroughbred Transport, Inc. | -400.00 |
| | | | **Thoroughbred Transport, Inc. Total** | **-400.00** |
| Bank of America | 11/10/2009 | 5959 | Thoroughbred Veterinary Services | -165.00 |
| | | | **Thoroughbred Veterinary Services Total** | **-165.00** |
| Bank of America | 11/10/2009 | 5960 | Thorpe, PLLC | -225.00 |
| | | | **Thorpe, PLLC Total** | **-225.00** |

**Zayat Stables, LLC**

**90 Day Payments**

**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 12/04/2009 | 5996 | Todd A. Pletcher Racing Stables, Inc. | -58,936.35 |
| Bank of America | 01/29/2010 | WT1/29/1011 | Todd A. Pletcher Racing Stables, Inc. | -90,000.00 |
| | | | **Todd A. Pletcher Racing Stables, Inc. Total** | **-148,936.35** |
| Bank of America | 12/04/2009 | 5997 | Todd Beattie | -10,154.50 |
| Bank of America | 01/29/2010 | WT1/29/1010 | Todd Beattie | -20,000.00 |
| | | | **Todd Beattie Total** | **-30,154.50** |
| Bank of America | 11/16/2009 | 5966 | Township of Teaneck | -23,549.23 |
| Bank of America | 11/16/2009 | 5967 | Township of Teaneck | -157.86 |
| | | | **Township of Teaneck Total** | **-23,707.09** |
| Bank of America | 11/10/2009 | 5961 | Triple Crown Horse Transport, Inc. | -1,100.00 |
| | | | **Triple Crown Horse Transport, Inc. Total** | **-1,100.00** |
| Bank of America | 12/04/2009 | 6071 | Tyler Cerin | -2,010.00 |
| Bank of America | 01/25/2010 | 6193 | Tyler Cerin | -2,340.00 |
| | | | **Tyler Cerin Total** | **-4,350.00** |
| Bank of America | 01/25/2010 | 6194 | Velasco Veterinary Services | -125.00 |
| | | | **Velasco Veterinary Services Total** | **-125.00** |
| Bank of America | 12/04/2009 | 5998 | Vessels Stallion Farm LLC | -941.00 |
| Bank of America | 01/25/2010 | 6195 | Vessels Stallion Farm LLC | -1,579.00 |
| | | | **Vessels Stallion Farm LLC Total** | **-2,520.00** |
| Bank of America | 12/04/2009 | 5999 | Wavertree Stables | -3,653.38 |
| Bank of America | 01/25/2010 | 6196 | Wavertree Stables | 0.00 |
| Bank of America | 01/26/2010 | 6224 | Wavertree Stables | -2,327.00 |
| | | | **Wavertree Stables Total** | **-5,980.38** |
| Bank of America | 12/15/2009 | 6079 | White & Case LLP | -100,000.00 |
| | | | **White & Case LLP Total** | **-100,000.00** |
| Bank of America | 12/04/2009 | 6014 | Wine & Roses | -877.40 |
| Bank of America | 01/06/2010 | 6102 | Wine & Roses | -1,158.81 |
| Bank of America | 01/25/2010 | 6197 | Wine & Roses | -131.61 |
| | | | **Wine & Roses Total** | **-2,167.82** |
| Bank of America | 11/10/2009 | 5962 | Winner's Circle Equine Clinic, Inc | -338.00 |
| Bank of America | 12/04/2009 | 6072 | Winner's Circle Equine Clinic, Inc | -414.00 |
| Bank of America | 01/25/2010 | 6198 | Winner's Circle Equine Clinic, Inc | -414.00 |
| | | | **Winner's Circle Equine Clinic, Inc Total** | **-1,166.00** |
| Bank of America | 01/06/2010 | 6103 | Woodstead Farm | -3,974.34 |
| | | | **Woodstead Farm Total** | **-3,974.34** |
| Bank of America | 11/10/2009 | 5963 | Yarbrough & Rabenstein, DVM, PA | -7,602.53 |
| Bank of America | 12/04/2009 | 6073 | Yarbrough & Rabenstein, DVM, PA | -3,872.89 |
| Bank of America | 01/25/2010 | 6199 | Yarbrough & Rabenstein, DVM, PA | -3,872.89 |
| | | | **Yarbrough & Rabenstein, DVM, PA Total** | **-15,348.31** |

**Zayat Stables, LLC**
**90 Day Payments**
**Nov. 5, 2009 - Feb. 3, 2010**

| Bank | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bank of America | 11/10/2009 | 5964 | Young Equine Services Inc | -890.00 |
| Bank of America | 12/04/2009 | 6074 | Young Equine Services Inc | -743.00 |
| Bank of America | 01/25/2010 | 6200 | Young Equine Services Inc | -1,557.50 |
| | | | **Young Equine Services Inc Total** | -3,190.50 |
| | | | **Grand Total** | -7,898,909.71 |

**Zayat Stables, LLC**
**Capital Draws/Contributions**

| Date | Amount |
|------|--------|
| **Draws** | |
| 02/04/2009 | 20,000 |
| 02/05/2009 | 50,000 |
| 02/13/2009 | 52,000 |
| 02/19/2009 | - |
| 02/19/2009 | 32,000 |
| 02/20/2009 | 52,000 |
| 02/27/2009 | 50,000 |
| 03/02/2009 | 50,000 |
| 03/06/2009 | 50,000 |
| 03/08/2009 | 30,000 |
| 03/12/2009 | 20,000 |
| 03/18/2009 | 30,000 |
| 03/19/2009 | 25,000 |
| 04/23/2009 | 50,000 |
| 04/23/2009 | 50,000 |
| 05/20/2009 | 25,000 |
| 05/21/2009 | 25,000 |
| 05/22/2009 | 30,000 |
| 05/23/2009 | 50,000 |
| 05/24/2009 | 50,000 |
| 06/03/2009 | 30,000 |
| 06/03/2009 | 20,000 |
| 06/26/2009 | 3,000 |
| 06/28/2009 | 25,000 |
| 07/10/2009 | 25,000 |
| 07/11/2009 | 30,000 |
| 07/16/2009 | 20,000 |
| 07/31/2009 | 25,000 |
| 08/14/2009 | 50,000 |
| 09/02/2009 | 30,000 |
| 09/04/2009 | 25,000 |
| 09/04/2009 | 9,000 |
| 09/24/2009 | 25,000 |
| 09/30/2009 | 25,000 |
| 10/01/2009 | 20,000 |
| 10/01/2009 | 25,000 |
| 10/09/2009 | 30,000 |
| 10/12/2009 | 25,000 |
| 10/13/2009 | 25,000 |
| 10/15/2009 | 15,000 |
| 10/19/2009 | 15,000 |
| 10/21/2009 | 36,000 |
| 10/22/2009 | 18,000 |
| 10/23/2009 | 50,000 |
| 10/23/2009 | 30,000 |
| 10/24/2009 | 25,000 |
| 11/20/2009 | 25,000 |
| 12/30/2009 | 25,000 |
| 03/09/2009 | 40,000 |
| 04/06/2009 | 5,000 |
| 05/26/2009 | 3,000 |
| 06/12/2009 | 6,000 |
| 10/30/2009 | 50,000 |
| 11/17/2009 | 100,000 |

**Zayat Stables, LLC**
**Capital Draws/Contributions**

| Date | Amount |
|---|---|
| 11/25/2009 | 200,000 |
| 02/06/2009 | 40,000 |
| 04/01/2009 | 21,800 |
| 06/02/2009 | 20,000 |
| 07/01/2009 | 30,000 |
| 07/17/2009 | 50,000 |
| 04/01/2009 | 10,000 |
| **Total Draws** | **2,022,800** |

**Contributions of Capital**

| | |
|---|---|
| 03/23/2009 | (79,980) |
| 04/06/2009 | (300,000) |
| 04/22/2009 | (300,000) |
| 04/24/2009 | (100,000) |
| 06/08/2009 | (50,000) |
| 07/08/2009 | (200,000) |
| 08/05/2009 | (200,000) |
| 12/31/2009 | (100,000) |
| **Total Contrib** | **(1,329,980)** |
| **Net** | **692,820** |

# United States Bankruptcy Court
### District of New Jersey

In re    **Zayat Stables, LLC**                                                    Case No.    **10-13130 (DHS)**
_____
                                    Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **600,000.00** |
| Prior to the filing of this statement I have received | $ | **600,000.00** |
| Balance Due | $ | **0.00** |

2.    $    **0.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]
       **See retention papers.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 17, 2010**                              **/s/ Michael D. Sirota**
_____              **Michael D. Sirota MS-4088**
                                              **Cole, Schotz, Meisel, Forman & Leonard, P.A.**
                                              **25 Main Street**
                                              **Hackensack, NJ 07601**
                                              **201-489-3000   Fax: 201-489-1536**

---

# United States Bankruptcy Court
### District of New Jersey

In re  **Zayat Stables, LLC**

,

Debtor

Case No.  **10-13130 (DHS)**

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ahmed Zayat**<br>**569 Warwick Avenue**<br>**Teaneck, NJ 07666** | **N/A** | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member and Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 17, 2010**

Signature  **/s/ Ahmed Zayat**

**Ahmed Zayat**
**Sole Member and Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re   **Zayat Stables, LLC**

Debtor(s)

Case No.   **10-13130 (DHS)**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Zayat Stables, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2010**

Date

**/s/ Michael D. Sirota**

**Michael D. Sirota MS-4088**

Signature of Attorney or Litigant

Counsel for   **Zayat Stables, LLC**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**

**25 Main Street**
**Hackensack, NJ 07601**
**201-489-3000 Fax:201-489-1536**