# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    CHAPTER 11 RESTRUCTURING                                           Invoice No. 666501
      Client/Matter No. 48051-0001                                              July 6, 2010
                                                                                       Page 23

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21/10 | TRANSCRIPT OF TESTIMONY - TD CARD SERVICES Bank ID: 01 Check Number: 173153 | 209.15 |
| 05/06/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/06/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/06/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/07/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/07/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/07/10 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 05/10/10 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 05/11/10 | TELEPHONE TOLL CHARGE - 75347816 | 24.19 |
| 05/12/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/12/10 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/12/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/12/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/12/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/13/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/13/10 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 05/14/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/14/10 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/14/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 2.24 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 RESTRUCTURING                                          Invoice No. 666501
      Client/Matter No. 48051-0001                                      July 6, 2010
                                                                        Page 24

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/17/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.84 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 2.32 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/19/10 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/20/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/24/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/24/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 25

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/24/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/24/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/25/10 | LUNCHEON/DINNER CONFERENCE - NOAHS ARK | 133.32 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 1.92 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/25/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/26/10 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/27/10 | TELEPHONE TOLL CHARGE - 78774929, 78600609, 77936131, 77902586, 76695029 | 185.96 |
| 05/27/10 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/27/10 | COPY OF OFFICIAL DOCUMENTS | 2.32 |
| 05/27/10 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 05/31/10 | TELEPHONE -  MICHAEL D. SIROTA Bank ID: 01 Check Number: 173119 | 48.00 |
| 06/01/10 | WESTLAW | 60.74 |
| 06/01/10 | PHOTOCOPYING Qty: 2 | 0.40 |
| 06/01/10 | PHOTOCOPYING | 12.60 |
| 06/01/10 | PHOTOCOPYING | 19.60 |
| 06/01/10 | PHOTOCOPYING | 15.00 |
| 06/01/10 | PHOTOCOPYING | 3.20 |
| 06/01/10 | PHOTOCOPYING | 2.80 |
| 06/01/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.05 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 26

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 06/01/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.05 |
| 06/01/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.05 |
| 06/01/10 | TELEPHONE TOLL CHARGE 15135796952 | 0.05 |
| 06/01/10 | TELEPHONE TOLL CHARGE 19734226538 | 0.10 |
| 06/01/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.20 |
| 06/01/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.20 |
| 06/02/10 | WESTLAW | 21.54 |
| 06/02/10 | WESTLAW | 32.51 |
| 06/02/10 | PHOTOCOPYING | 7.80 |
| 06/02/10 | PHOTOCOPYING | 2.40 |
| 06/02/10 | PHOTOCOPYING | 3.20 |
| 06/02/10 | PHOTOCOPYING | 3.20 |
| 06/02/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.35 |
| 06/03/10 | WESTLAW | 4.52 |
| 06/03/10 | PHOTOCOPYING Qty: 443 | 88.60 |
| 06/03/10 | PHOTOCOPYING Qty: 97 | 19.40 |
| 06/03/10 | PHOTOCOPYING Qty: 94 | 18.80 |
| 06/03/10 | PHOTOCOPYING | 2.40 |
| 06/03/10 | PHOTOCOPYING | 10.40 |
| 06/03/10 | PHOTOCOPYING | 19.60 |
| 06/03/10 | PHOTOCOPYING | 15.00 |
| 06/03/10 | PHOTOCOPYING | 2.60 |
| 06/03/10 | PHOTOCOPYING | 19.60 |
| 06/03/10 | PHOTOCOPYING | 3.00 |
| 06/03/10 | PHOTOCOPYING | 2.60 |
| 06/03/10 | PHOTOCOPYING | 4.40 |
| 06/03/10 | PHOTOCOPYING | 2.20 |
| 06/03/10 | PHOTOCOPYING | 4.60 |
| 06/03/10 | TELEPHONE TOLL CHARGE 12017551532 | 0.15 |
| 06/03/10 | TRANSCRIPT OF TESTIMONY - VERITEXT | 795.25 |
| 06/04/10 | PHOTOCOPYING | 2.60 |
| 06/04/10 | PHOTOCOPYING | 5.00 |
| 06/04/10 | PHOTOCOPYING | 5.00 |
| 06/04/10 | PHOTOCOPYING | 2.60 |
| 06/04/10 | PHOTOCOPYING | 5.40 |
| 06/04/10 | PHOTOCOPYING | 4.20 |
| 06/04/10 | PHOTOCOPYING | 4.20 |
| 06/04/10 | PHOTOCOPYING | 41.80 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 27

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04/10 | PHOTOCOPYING | 41.80 |
| 06/04/10 | PHOTOCOPYING | 12.60 |
| 06/04/10 | PHOTOCOPYING | 12.60 |
| 06/04/10 | PHOTOCOPYING | 3.60 |
| 06/04/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.05 |
| 06/04/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.05 |
| 06/04/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.10 |
| 06/04/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.10 |
| 06/07/10 | WESTLAW | 6.64 |
| 06/07/10 | WESTLAW | 126.40 |
| 06/07/10 | PHOTOCOPYING Qty: 462 | 92.40 |
| 06/07/10 | PHOTOCOPYING | 2.80 |
| 06/07/10 | PHOTOCOPYING | 4.60 |
| 06/07/10 | POSTAGE | 14.70 |
| 06/07/10 | TELEPHONE TOLL CHARGE 12025516061 | 0.10 |
| 06/07/10 | TELEPHONE TOLL CHARGE 12025515141 | 0.10 |
| 06/07/10 | TELEPHONE TOLL CHARGE 12025515148 | 0.15 |
| 06/08/10 | TRAVEL- MILEAGE/TOLLS - MICHAEL D. SIROTA Bank ID: 01 Check Number: 173119 | 13.50 |
| 06/08/10 | PHOTOCOPYING | 2.80 |
| 06/08/10 | PHOTOCOPYING | 4.40 |
| 06/08/10 | PHOTOCOPYING | 4.60 |
| 06/08/10 | PHOTOCOPYING | 4.80 |
| 06/08/10 | PHOTOCOPYING | 13.60 |
| 06/08/10 | PHOTOCOPYING | 2.20 |
| 06/08/10 | PHOTOCOPYING | 2.60 |
| 06/08/10 | PHOTOCOPYING | 5.00 |
| 06/08/10 | PHOTOCOPYING | 2.60 |
| 06/08/10 | PHOTOCOPYING | 3.20 |
| 06/08/10 | PHOTOCOPYING | 4.40 |
| 06/08/10 | PHOTOCOPYING | 4.40 |
| 06/08/10 | PHOTOCOPYING | 5.00 |
| 06/08/10 | PHOTOCOPYING | 5.00 |
| 06/08/10 | PHOTOCOPYING | 20.60 |
| 06/08/10 | PHOTOCOPYING | 15.00 |
| 06/08/10 | PHOTOCOPYING | 20.60 |
| 06/08/10 | PHOTOCOPYING | 15.00 |
| 06/08/10 | PHOTOCOPYING | 20.60 |
| 06/08/10 | PHOTOCOPYING | 20.60 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 28

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08/10 | PHOTOCOPYING | 15.00 |
| 06/08/10 | PHOTOCOPYING | 15.00 |
| 06/08/10 | PHOTOCOPYING | 18.80 |
| 06/08/10 | PHOTOCOPYING | 15.00 |
| 06/08/10 | PHOTOCOPYING | 3.20 |
| 06/08/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.05 |
| 06/08/10 | TELEPHONE TOLL CHARGE 12018030957 | 0.05 |
| 06/08/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.05 |
| 06/08/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.05 |
| 06/08/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.25 |
| 06/08/10 | TELEPHONE TOLL CHARGE 12017551532 | 0.40 |
| 06/08/10 | TRAVEL - MILEAGE / TOLLS | 16.00 |
| 06/09/10 | PHOTOCOPYING Qty: 6 | 1.20 |
| 06/09/10 | PHOTOCOPYING | 3.40 |
| 06/09/10 | PHOTOCOPYING | 2.80 |
| 06/09/10 | PHOTOCOPYING | 3.60 |
| 06/09/10 | POSTAGE | 24.22 |
| 06/09/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.05 |
| 06/09/10 | TELEPHONE TOLL CHARGE 19738894107 | 0.05 |
| 06/09/10 | TELEPHONE TOLL CHARGE 15183926471 | 0.05 |
| 06/09/10 | TELEPHONE TOLL CHARGE 19738894107 | 0.05 |
| 06/09/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.05 |
| 06/09/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.10 |
| 06/09/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.10 |
| 06/09/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.25 |
| 06/10/10 | PHOTOCOPYING Qty: 5005 | 1,001.00 |
| 06/10/10 | PHOTOCOPYING Qty: 18294 | 3,658.80 |
| 06/10/10 | PHOTOCOPYING | 3.80 |
| 06/10/10 | PHOTOCOPYING | 2.60 |
| 06/10/10 | PHOTOCOPYING | 19.00 |
| 06/10/10 | PHOTOCOPYING | 19.20 |
| 06/10/10 | PHOTOCOPYING | 2.80 |
| 06/10/10 | PHOTOCOPYING | 2.20 |
| 06/10/10 | PHOTOCOPYING | 20.60 |
| 06/10/10 | PHOTOCOPYING | 24.20 |
| 06/10/10 | PHOTOCOPYING | 23.80 |
| 06/10/10 | PHOTOCOPYING | 3.80 |
| 06/10/10 | PHOTOCOPYING | 3.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 29

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 06/10/10 | TELEPHONE TOLL CHARGE 12123091056 | 0.05 |
| 06/10/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.05 |
| 06/10/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.05 |
| 06/10/10 | TELEPHONE TOLL CHARGE 19177578933 | 0.05 |
| 06/10/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.05 |
| 06/10/10 | TELEPHONE TOLL CHARGE 12123091056 | 0.10 |
| 06/10/10 | TELEPHONE TOLL CHARGE 19177578933 | 0.20 |
| 06/10/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.35 |
| 06/10/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.45 |
| 06/11/10 | WESTLAW | 34.95 |
| 06/11/10 | PHOTOCOPYING Qty: 6 | 1.20 |
| 06/11/10 | PHOTOCOPYING Qty: 236 | 47.20 |
| 06/11/10 | PHOTOCOPYING Qty: 75 | 15.00 |
| 06/11/10 | PHOTOCOPYING Qty: 150 | 30.00 |
| 06/11/10 | PHOTOCOPYING | 3.60 |
| 06/11/10 | PHOTOCOPYING | 3.80 |
| 06/11/10 | TELEPHONE TOLL CHARGE 19177578933 | 0.05 |
| 06/11/10 | TELEPHONE TOLL CHARGE 12013158951 | 0.10 |
| 06/11/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.20 |
| 06/11/10 | TELEPHONE TOLL CHARGE 12123818724 | 1.55 |
| 06/14/10 | TELEPHONE TOLL CHARGE 17326747132 | 0.05 |
| 06/14/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.10 |
| 06/14/10 | TELEPHONE TOLL CHARGE 19738894257 | 0.10 |
| 06/15/10 | WESTLAW | 12.58 |
| 06/15/10 | POSTAGE | 593.63 |
| 06/15/10 | TELEPHONE TOLL CHARGE 17326744132 | 0.05 |
| 06/15/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.05 |
| 06/15/10 | TELEPHONE TOLL CHARGE 19178257348 | 0.10 |
| 06/15/10 | TELEPHONE TOLL CHARGE 15167465599 | 0.10 |
| 06/15/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.20 |
| 06/15/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.30 |
| 06/15/10 | TELEPHONE TOLL CHARGE 12123091132 | 0.35 |
| 06/16/10 | PHOTOCOPYING | 5.60 |
| 06/16/10 | PHOTOCOPYING | 3.60 |
| 06/16/10 | PHOTOCOPYING | 6.40 |
| 06/17/10 | PHOTOCOPYING | 21.20 |
| 06/17/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.10 |
| 06/17/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.15 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 RESTRUCTURING                                  Invoice No. 666501
      Client/Matter No. 48051-0001                                              July 6, 2010
                                                                                                  Page 30

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 06/17/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.20 |
| 06/17/10 | TELEPHONE TOLL CHARGE 12018030957 | 0.45 |
| 06/18/10 | PHOTOCOPYING Qty: 182 | 36.40 |
| 06/18/10 | PHOTOCOPYING | 2.80 |
| 06/18/10 | PHOTOCOPYING | 2.20 |
| 06/18/10 | PHOTOCOPYING | 4.80 |
| 06/18/10 | PHOTOCOPYING | 3.40 |
| 06/18/10 | POSTAGE | 3.96 |
| 06/18/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.10 |
| 06/18/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.10 |
| 06/21/10 | PHOTOCOPYING | 3.60 |
| 06/21/10 | PHOTOCOPYING | 4.20 |
| 06/21/10 | POSTAGE | 17.08 |
| 06/21/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.05 |
| 06/21/10 | TELEPHONE TOLL CHARGE 18592262303 | 0.10 |
| 06/21/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.10 |
| 06/21/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.15 |
| 06/21/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.25 |
| 06/21/10 | TELEPHONE TOLL CHARGE 15162975021 | 0.30 |
| 06/22/10 | PHOTOCOPYING Qty: 1 | 0.20 |
| 06/22/10 | PHOTOCOPYING Qty: 1 | 0.20 |
| 06/22/10 | PHOTOCOPYING | 3.60 |
| 06/22/10 | PHOTOCOPYING | 4.60 |
| 06/22/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.05 |
| 06/22/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.05 |
| 06/22/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.10 |
| 06/22/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.15 |
| 06/22/10 | TELEPHONE TOLL CHARGE 17326353132 | 0.20 |
| 06/22/10 | TELEPHONE TOLL CHARGE 12123091132 | 0.20 |
| 06/22/10 | TELEPHONE TOLL CHARGE 17329159622 | 0.20 |
| 06/22/10 | TELEPHONE TOLL CHARGE 12123818724 | 1.45 |
| 06/22/10 | TRANSCRIPT OF TESTIMONY - VERITEXT | 740.00 |
| 06/23/10 | PHOTOCOPYING | 3.40 |
| 06/23/10 | PHOTOCOPYING | 3.80 |
| 06/23/10 | PHOTOCOPYING | 3.80 |
| 06/23/10 | PHOTOCOPYING | 3.80 |
| 06/23/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.05 |
| 06/23/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.10 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 RESTRUCTURING                                                       Invoice No. 666501
      Client/Matter No. 48051-0001                                                   July 6, 2010
                                                                                     Page 31

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 06/23/10 | TELEPHONE TOLL CHARGE 12123818724 | 0.20 |
| 06/23/10 | TELEPHONE TOLL CHARGE 12015181800 | 0.30 |
| 06/24/10 | PHOTOCOPYING | 3.60 |
| 06/24/10 | PHOTOCOPYING | 3.80 |
| 06/24/10 | PHOTOCOPYING Qty: 483 | 96.60 |
| 06/24/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.05 |
| 06/24/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.05 |
| 06/24/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.10 |
| 06/24/10 | TELEPHONE TOLL CHARGE 19738894107 | 0.10 |
| 06/24/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.15 |
| 06/24/10 | TELEPHONE TOLL CHARGE 19738894107 | 0.25 |
| 06/25/10 | PHOTOCOPYING | 4.60 |
| 06/25/10 | PHOTOCOPYING | 5.20 |
| 06/25/10 | PHOTOCOPYING | 2.40 |
| 06/25/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.05 |
| 06/25/10 | TELEPHONE TOLL CHARGE 19736454693 | 0.25 |
| 06/28/10 | PHOTOCOPYING Qty: 4 | 0.80 |
| 06/28/10 | PHOTOCOPYING | 12.00 |
| 06/28/10 | PHOTOCOPYING Qty: 1 | 0.20 |
| 06/28/10 | PHOTOCOPYING Qty: 2 | 0.40 |
| 06/28/10 | PHOTOCOPYING Qty: 5 | 1.00 |
| 06/28/10 | PHOTOCOPYING Qty: 10 | 2.00 |
| 06/28/10 | PHOTOCOPYING Qty: 23 | 4.60 |
| 06/28/10 | PHOTOCOPYING | 10.20 |
| 06/28/10 | PHOTOCOPYING | 3.00 |
| 06/28/10 | PHOTOCOPYING | 3.20 |
| 06/28/10 | TELEPHONE TOLL CHARGE 12015181805 | 0.05 |
| 06/28/10 | TELEPHONE TOLL CHARGE 12015181805 | 0.10 |
| 06/28/10 | TELEPHONE TOLL CHARGE 12015181805 | 0.15 |
| 06/28/10 | TELEPHONE TOLL CHARGE 12015181805 | 0.70 |
| 06/28/10 | CORPORATE STATUS REPORT | 50.00 |
| 06/29/10 | PHOTOCOPYING | 6.00 |
| 06/29/10 | PHOTOCOPYING | 2.40 |
| 06/29/10 | POSTAGE | 1.73 |
| 06/29/10 | POSTAGE | 2.07 |
| 06/30/10 | PHOTOCOPYING Qty: 138 | 27.60 |
| 06/30/10 | PHOTOCOPYING | 5.80 |
| 06/30/10 | PHOTOCOPYING | 12.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 RESTRUCTURING  
Client/Matter No. 48051-0001

Invoice No. 666501  
July 6, 2010  
Page 32

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 06/30/10 | PHOTOCOPYING Qty: 64 | 12.80 |
| 06/30/10 | PHOTOCOPYING Qty: 1 | 0.20 |
| 06/30/10 | PHOTOCOPYING Qty: 70 | 14.00 |
| 06/30/10 | PHOTOCOPYING | 3.20 |
| 06/30/10 | PHOTOCOPYING | 10.20 |
| 06/30/10 | PHOTOCOPYING | 7.20 |
| 06/30/10 | PHOTOCOPYING | 8.20 |
| 06/30/10 | PHOTOCOPYING | 6.00 |
| 06/30/10 | PHOTOCOPYING | 3.20 |
| 06/30/10 | PHOTOCOPYING | 10.00 |
| 06/30/10 | PHOTOCOPYING | 5.80 |
| 06/30/10 | PHOTOCOPYING | 3.80 |
| 06/30/10 | PHOTOCOPYING | 3.80 |
| 06/30/10 | PHOTOCOPYING | 5.80 |
| 06/30/10 | PHOTOCOPYING | 6.60 |
| 06/30/10 | PHOTOCOPYING | 3.20 |
| 06/30/10 | TELEPHONE TOLL CHARGE 12018030957 | 0.05 |
| 06/30/10 | TELEPHONE TOLL CHARGE 12018030957 | 0.10 |
| 06/30/10 | TELEPHONE TOLL CHARGE 16462451755 | 0.10 |
| 06/30/10 | TELEPHONE TOLL CHARGE 15135796587 | 0.10 |

TOTAL COSTS ADVANCED: $ 9,351.14

TOTAL SERVICES AND COSTS: $ 124,153.14