OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Zayat Stables, LLC  
Bank: Bank of America  
Bankruptcy Number: 10-13130  
Account Number: 9504647669  
Date of Confirmation: 7/15/10  
Account Type: Checking  
Reporting Period (month/year): 06/2011

Beginning Cash Balance: $ 7,118

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $1,949,917 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 870,000 |
| Total of cash received: | $2,819,917 |

Total of cash available: $2,827,035

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| **Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 115,647 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $2,326,081 |
| Total Disbursements | $2,441,728 |

Ending Cash Balance $ 385,307

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Note: Disbursements made to Fifth Third Bank under the plan were disbursed from an escrow account and not through the checking account.

Date  
Debtor: Name/Title _Ahmed Zayat_ Chairman & CEO   Aug 12, 2011  
Case Number:

| Assets | MONTH | MONTH |
|---|---|---|
| | June 30, 2011 | |
| Cash (Unrestricted) | $ 463,914.11 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | 482,252.41 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Track accounts | | |
| *Total Current Assets* | 946,166.52 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | 13,479.42 | |
| Bloodstock | 24,719,282.41 | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | (20,846,862.86) | |
| *Total Property, Plant & Equipment* | 3,885,898.97 | |
| Loans receivable | 3,000.00 | |
| Security deposit | 10,031.88 | |
| *Total Assets* | $ 4,845,097.37 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | $ 1,615,399.11 | |
| Taxes Payable | | |
| Loan Payable - Keeneland | 1,984,500.00 | |
| Professional Fees | | |
| Secured Debt | 28,152,242.46 | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | $31,752,141.57 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | 872,744.11 | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | 872,744.11 | |
| Total Liabilities | 32,624,885.68 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | (27,779,788.31) | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | $ 4,845,097.37 | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Zayat Stables, LLC  
Bank: Fifth Third Bank  
Bankruptcy Number: 10-13130  
Account Number: 7380727409  
Date of Confirmation: 7/15/2010  
Account Type: Checking  
Reporting Period (month/year): 06/2011  

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 15,265 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Transfers: | $ 216,932 | |
| Collection of Accounts Receivable: | $ 0 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0 | |
| Sale of Debtor's Assets: | $ 0 | |
| Capital Infusion pursuant to the Plan: | $ 0 | |
| Total of cash received: | $ 216,932 | |
| Total of cash available: | | $ 232,197 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 | |
| All other disbursements made in the ordinary course: | $ 155,506 | |
| Total Disbursements | | $ 155,506 |
| Ending Cash Balance | | $ 76,691 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date           Name/Title  
Debtor:_____  
Case Number:

## ZAYAT STABLES, LLC
## Balance Sheet
## As of June 30, 2011

### ASSETS

| | |
|---|---:|
| **Current Assets** | |
| Cash: | |
|     Bank of America | $ 385,306.69 |
|     Cash/Fifth Third Bank | 76,690.90 |
|     Cash/Tampa Bay downs | (100.00) |
|     Cash/Woodbine Entertainment | 2,016.52 |
| Total Cash | 463,914.11 |
| Other Current Assets: | |
|     Proceeds Receivable | 8,486.95 |
|     Stud Fee Receivables | 473,765.46 |
| Total Other Current Assets | 482,252.41 |
| Total Current Assets | 946,166.52 |
| **Fixed Assets:** | |
| Accumulated Depreciation | (20,846,862.86) |
| Broodmares | 7,381,564.07 |
| Foals (2004) | 78,751.00 |
| Foals (2005) | 1,713,705.00 |
| Foals (2006) | 2,285,000.00 |
| Foals (2007) | 760,001.00 |
| Foals (2008) | 2,605,001.00 |
| Foals (2009) | 3,608,200.00 |
| Foals (2010) | 165,014.00 |
| Foals (2011) | 19.00 |
| Stallions | 6,116,463.34 |
| Z - Office Equipment | 12,379.22 |
| Z - Office Furniture | 6,664.20 |
| Fixed Assets, net | 3,885,898.97 |
| **Other Assets** | |
| Loan Receivable - Ronald Willia | 3,000.00 |
| Rent Security | 10,031.88 |
| Total Other Assets | 13,031.88 |
| **TOTAL ASSETS** | **$ 4,845,097.37** |

# ZAYAT STABLES, LLC
# Balance Sheet
# As of June 30, 2011

## LIABILITIES & MEMBER'S EQUITY

Liabilities
  Current Liabilities
    Accounts Payable before Feb-2     $    872,744.11
    Accounts Payable from Feb-2       1,615,399.11

    Other Current Liabilities           2,488,143.22

  Long Term Liabilities
    Loan Payable - Keeneland           1,984,500.00
    Loan Payable - Fifth Third Bank     28,152,242.46

    Total Long Term Liabilities        30,136,742.46

Total Liabilities                        32,624,885.68

Member's Equity
  Capital                             43,731,026.78
  Retained Earnings              (68,740,248.48)
  Net Loss - Prior Period           (1,703,313.72)
  Net Loss - Current Period         (1,067,252.89)

Total Member's Equity            (27,779,788.31)

**TOTAL LIABILITIES & MEMBER'S EQUITY**    $ 4,845,097.37

# ZAYAT STABLES, LLC
## Statement of Operations
### For the Period April 1, 2011 through June 30, 2011

**Ordinary Income/Expense**
    Income

| | |
|---|---:|
|         Racing Income | $ 1,897,934.85 |
|         Sales Income | 461,981.82 |
|     Total Income | 2,359,916.67 |
|     Cost of Goods Sold | |
|         Cost of Horses Sold | 1,472,435.00 |
|         Depreciation Recapture | (1,217,190.33) |
|     Total Cost of Goods Sold | 255,244.67 |
| **Gross Profit** | 2,104,672.00 |
|     Expense | |
|         Administration Expenses | 50,813.51 |
|         Commissions | 34,500.00 |
|         Depreciation | 225,506.50 |
|         Insurance | 185,430.12 |
|         Interest Expense | 173,553.81 |
|         Payroll Expenses | 204,015.10 |
|         Professional Fees | 25,608.33 |
|         Racing Expenses | 418,758.97 |
|         Sales Expenses | 27,299.41 |
|         Tax Expense | 17,007.55 |
|         Training, Vet and Board | 1,187,396.49 |
|         Transportation of Horses | 94,382.26 |
|         Travel Expenses | 433,587.84 |
|     Total Expense | 3,077,859.89 |
| **Net Ordinary Loss** | (973,187.89) |
| **Other Income/Expense** | |
|     Bad Debts - Loans | (94,065.00) |
| **Net Loss** | $ (1,067,252.89) |

ZAYAT STABLES, LLC
Statement of Cash Flows
For the Period April 1, 2011 throuygh June 30, 2011

Reconciliation of net loss to net cash used in
operating activities:

| | |
|---|---:|
| Net Loss | $ (1,067,253) |
| Adjustments to Reconcile net income to net cash used in operating activities: | |
| Depreciation | 225,506 |
| Loss on sale of horses | 124,364 |
| Changes in Operating Assets and Liablities: | |
| Increase in proceeds receivable | (410,000) |
| Increase in accounts payable | 475,113 |
| Net Cash Used in Operating Activities | (652,270) |
| Cash Flows from Investing Activities: | |
| Decrease in loans receivable | 94,065 |
| Proceeds from sale of horses | 130,875 |
| Net Cash Provided by Investing Activities | 224,940 |
| Cash Flows from Financing Activities: | |
| Capital contributions from member | 870,000 |
| Net Cash Provided by Financing Activities | 870,000 |
| Net Increase in Cash | 442,670 |
| Cash - Beginning of Period | 21,244 |
| Cash - End of Period | $ 463,914 |